# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA LEDESMA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF KERN, et al., <br><br> Defendants. | Case No.: 1:14-CV-01634 LJO JLT <br><br> ORDER GRANTING SUBSTITUTION OF ATTORNEYS  (Doc. 23-29) <br><br> ORDER GRANTING REQUEST TO WITHDRAW MOTION TO WITHDRAW AS COUNSEL OF RECORD  (Doc. 19, 29) <br><br> ORDER WITHDRAWING ORDER FOR REPORTS FROM COUNSEL (Doc. 22) <br><br> ORDER TO PLAINTIFFS MARISSA LEDESMA AND RONNIE LEDESMA TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED FOR THEIR LACK OF COMPETENCY |

Before the Court are Plaintiffs' motions to substitute counsel. Plaintiffs seek to substitute Mark Geragos of Geragos & Geragos, APC, 644 South Figueroa Street, Los Angeles, CA as counsel of record for Federico C. Sayre who has been representing them. (Docs. 23-29) Good cause appearing, the court hereby **GRANTS** Plaintiffs' request and approves the substitution. (Docs. 23-29)

Given the substitution of the attorney for Plaintiffs, prior counsel, Mr. Sayre has filed a statement (Doc. 29) indicating that he withdraws his motion to be relieved of counsel.  (Doc. 19)  This request is **GRANTED** and the motion to withdraw (Doc. 19) is **TERMINATED**.

Mr. Sayre reports also that, due to the substitution or counsel, he felt it was prudent to not file a report detailing the nature of the dispute between him and Plaintiffs; the Court agrees.  (Doc. 29 at 2)

Likewise, he reports that he failed to seek appointment of a guardian ad litem for the minors and has alerted new counsel of this issue. Id.  Thus, the order requiring the filing of the confidential report (Doc. 22) is **WITHDRAWN.**

    Because it appears the minors are proceeding in this matter without a duly appointed guardian ad litem, the Court **ORDERS** Plaintiffs Marissa Ledesma and Ronnie Ledesma to show cause in writing within 14 days why the matter should not be dismissed as to them for their lack of competency to sue.  Alternatively, they may file motions for appointment of a guardian ad litem during this same 14-day period.  Failure to comply will result in a recommendation the matter be dismissed as to the children.

IT IS SO ORDERED.

    Dated:   **June 18, 2015**　　　　　　　　　　**/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE