UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA LEDESMA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COUNTY OF KERN, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 1:14-cv-01634 - LJO - JLT <br><br> ORDER GRANTING THE MOTION TO APPOINT CHRISTINA GARCIA AS THE GUARDIAN AD LITEM FOR MINOR PLAINTIFF R.M.L. <br><br> (Doc. 36) |

"A minor . . . who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem." Fed. R. Civ. P. 17(c)(2). In addition, a court "must appoint a guardian ad litem - or issue another appropriate order - to protect a minor or incompetent person who is unrepresented in an action." *Id*.

The law of the state of California governs the ability of the minor child, R. M. L., to bring suit. *See* Fed. R. Civ. P. 17(b). Pursuant to California law, a minor may bring suit as long as a guardian conducts the proceedings. Cal. Fam. Code §§ 6502, 6601. In determining whether to appoint a particular guardian ad litem, the Court must consider whether the minor and the guardian have divergent interests. Cal. Code Civ. P. § 372(b)(1).

Here, the child's mother, Christina Garcia, seeks to be appointed as the guardian ad litem for the minor child, R. M. L.. (Doc. 36.) The Complaint does not reveal any adverse interests between Ms. Garcia and the child. Therefore, Ms. Garcia's appointment as guardian ad litem for her son is

appropriate. *See Burke v. Smith*, 252 F.3d 1260, 1264 (11th Cir. 2001) ("Generally, when a minor is represented by a parent who is a party to the lawsuit and who has the same interests as the child there is no inherent conflict of interest."); *see also Anthem Life Ins. Co. v. Olguin*, 2007 U.S. Dist. LEXIS 37669, at *7 (E.D. Cal. May 9, 2007) (observing "[a] parent is generally appointed guardian ad litem"). Therefore, the Court is acting within its discretion to approve the appointment of Ms. Palmer as the guardian ad litem. *See United States v. 30.64 Acres of Land, etc.*, 795 F.2d 796, 804 (9th Cir. 1986)

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The motion for appointment of Christina Garcia as guardian ad litem for Plaintiff R.M.L. (Doc. 36) is **GRANTED**; and
2. Christina Garcia is **APPOINTED** to act as guardian ad litem for Plaintiff R.M.L., and is authorized to prosecute this action on his behalf.

IT IS SO ORDERED.

Dated: **June 19, 2015**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE