# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA LEDESMA, et al., | ) Case No.: 1:14-cv-01634 - LJO - JLT |
| Plaintiffs, | ) |
| | ) ORDER GRANTING THE MOTION TO APPOINT |
| v. | ) RAQUEL SIERRA AS THE GUARDIAN AD LITEM |
| | ) FOR MINOR PLAINTIFF M.L. |
| COUNTY OF KERN, et al., | ) |
| | ) (Doc. 35) |
| Defendants. | ) |
| | ) |

"A minor . . . who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem." Fed. R. Civ. P. 17(c)(2). In addition, a court "must appoint a guardian ad litem - or issue another appropriate order - to protect a minor or incompetent person who is unrepresented in an action." *Id*. The law of the state of California determines whether a guardian ad litem may be appointed in this matter. *See* Fed. R. Civ. P. 17(b).

Pursuant to California law, a minor may bring suit as long as a guardian conducts the proceedings. Cal. Fam. Code §§ 6502, 6601. In determining whether to appoint a particular guardian ad litem, the Court must consider whether the minor and the guardian have divergent interests. Cal. Code Civ. P. § 372(b)(1).

Here, Raquel Sierra clarifies she is the mother of the child, M.L. and that she seeks to act as the guardian ad litem in this proceeding. (Doc. 40 at 3) The complaint does not reveal any adverse interests between Ms. Sierra and the child and Ms. Sierra attests that she has no adverse interests. Id.

1

As a result, it appears, Ms. Sierra's appointment as guardian ad litem for her child is appropriate. *See Burke v. Smith*, 252 F.3d 1260, 1264 (11th Cir. 2001) ("Generally, when a minor is represented by a parent who is a party to the lawsuit and who has the same interests as the child there is no inherent conflict of interest."); *see also Anthem Life Ins. Co. v. Olguin*, 2007 U.S. Dist. LEXIS 37669, at *7 (E.D. Cal. May 9, 2007) (observing "[a] parent is generally appointed guardian ad litem"). Therefore, the Court is acting within its discretion to approve the appointment of Ms. Sierra as the guardian ad litem. *See United States v. 30.64 Acres of Land, etc.*, 795 F.2d 796, 804 (9th Cir. 1986)

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The motion for appointment of Raquel Sierra as guardian ad litem for Plaintiff M.L. (Doc. 35) is **GRANTED**; and
2. Raquel Sierra is **APPOINTED** to act as guardian ad litem for Plaintiff M.L., and is authorized to prosecute this action on the child's behalf.

IT IS SO ORDERED.

Dated: **June 22, 2015**              **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE