**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANA LEDESMA, et al., | Case No.: 1:14-cv-01634 - LJO - JLT |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Doc. 30) |
| COUNTY OF KERN, et al., | |
| Defendants. | |

On June 18, 2015, the Court ordered the minor plaintiffs to show cause why the matter should not be dismissed due to their incompetency to sue. (Doc. 30) Immediately thereafter, the prospective guardians at litem filed applications to be appointed to represent the children. (Docs. 35-36) The Court has granted these appointments. (Docs. 38, 41) Thus, the Court **DISCHARGES** the order to show cause.

IT IS SO ORDERED.

Dated:   **June 23, 2015**                           /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE

1