1  THERESA A. GOLDNER, COUNTY COUNSEL
2  By: ANDREW C. THOMSON, DEPUTY (SBN 149057)
   Kern County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
4  Telephone 661-868-3800
   Fax 661-868-3805
5  *Attorneys for Defendants Kern County, Kern County Sheriff's Department, Warren Martin,*
6  *Karena De La Garza, Dwayne Perkins, James Melton, Christopher Wong, and Does*

GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600
GERAGOS@GERAGOS.COM

12  MARK J. GERAGOS        SBN 108325
    BEN J. MEISELAS        SBN 277412
13  *Attorneys for Plaintiffs Adriana Ledesma, Jessica Ledesma, Marissa Ledesma, by and through*
    *her Guardian Ad Litem Raquel Sierra, Ronnie Mathew Ledesma by and through his Guardian*
14  *Ad Litem Christina Garcia, and Christina Herrera*

15                  **UNITED STATES DISTRICT COURT**
16                   **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANA LEDESMA, an individual; JESSICA LEDESMA, an individual; MARISSA LEDESMA, an individual by and through her Guardian *Ad Litem* Raquel Sierra; RONNIE MATHEW LEDESMA, an individual by and through his Guardian *Ad Litem* Christina Garcia; CHRISTINA HERRERA;<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S DEPARTMENT; WARREN MARTIN; KARENA DE LA GARZA; DWAYNE PERKINS; JAMES MELTON; CHRISTOPHER WONG; AND DOES 1-200, INCLUSIVE;<br><br>Defendants. | **CASE NO. 14-cv-01634-LJO-JLT**<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR A SHORT DISCOVERY EXTENSION**<br><br>**(Doc. 53)**<br><br><br><br>**[ALL PARTIES REQUEST A JURY]** |

---
JOINT STIPULATION FOR A SHORT DISCOVERY EXTENSION
1

**COME NOW** the Parties in this matter, and present this Joint Stipulation for a Short Discovery Extension.

Plaintiffs Adriana Ledesma, Jessica Ledesma, Marissa Ledesma by and through her Guardian Ad Litem Raquel Sierra, Ronnie Mathew Ledesma by and through his Guardian Ad Litem Christina Garcia, and Christina Herrera (hereinafter collectively "Plaintiffs") are Jointly represented by David Gammill of Geragos & Geragos.

Defendants, County of Kern and Deputies Martin, DeLaGarza, Perkins, Wong and Melton, (hereinafter collectively "Defendants") are represented by Andrew C. Thomson, Office of Kern County Counsel.

Plaintiff and Defendants are hereinafter collectively referred to as the "Parties."

**IT IS HEREBY STIPULATED AND AGREED TO**, by and between the Parties, through their respective counsel of record, that an Order be entered allowing the Parties an extension of the deadline for discovery pertaining to experts to May 31, 2016.  This proposed date is twenty five days later than the deadline set forth in the Scheduling Order.

1. The Parties have repeatedly met and conferred regarding discovery and expert witness discovery issues in an effort to informally resolve discovery and expert issues, including deposition scheduling and designation concerns.

2. The Parties have been able to schedule the deposition of all witnesses, other than those identified below, within the deadlines established by the Court.

3. Plaintiffs have indicated a desire to take the deposition of: (1) David Reaver, Adlerhorst International, Inc., 3951 Vernon Avenue, Jurupa Valley, California 92509; (2) Michael D. Levine, M.D., 1200 North State Street, Room 1011, Los Angeles, California 90033; and (3) Frank Sheridan, M.D., 385 Summit Avenue, Redlands, California 92373.

4. In the spirit of civility, cooperation and good faith litigation, neither party has unilaterally scheduled depositions that are in conflict with the schedule of opposing counsel or the deponent.

5. The Parties are informed and believe that the foregoing will not adversely affect the remainder of the dates set forth in the Scheduling Conference Order.

6. The Parties respectfully request the Court's consideration of this request.

**THEREFORE, IT IS HEREBY STIPULATED:**

The Scheduling Conference Order shall be amended to provide for an extension of the deadline for discovery pertaining to experts to May 31, 2016.

Dated: May 5, 2016                              **GERAGOS & GERAGOS**

                                                By  /s/ David Gammill
                                                    David Gammill
                                                    Attorneys for Plaintiffs

Dated: May 5, 2016                              **THERESA A. GOLDNER, COUNTY COUNSEL**

                                                By  /s/ Andrew C. Thompson
                                                    Andrew C. Thomson, Deputy
                                                    Attorneys for Defendants
                                                    *Authorized via e-mail on May 5, 2016*

**ORDER**

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The case schedule is amended to permit the expert depositions of David Reaver, Dr. Michael D. Levine and Dr. Frank Sheridan to be completed **no later than May 31, 2016.**

IT IS SO ORDERED.

   Dated:  **May 6, 2016**                           **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE

---