THERESA A. GOLDNER, COUNTY COUNSEL
By: ANDREW C. THOMSON, DEPUTY (SBN 149057)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805
*Attorneys for Defendants Kern County, Kern County Sheriff's Department, Warren Martin, Karena De La Garza, Dwayne Perkins, James Melton, Christopher Wong, and Does*

GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600
GERAGOS@GERAGOS.COM

MARK J. GERAGOS        SBN 108325
BEN J. MEISELAS        SBN 277412
DAVID GAMMILL         SBN 258286
*Attorneys for Plaintiffs Adriana Ledesma, Jessica Ledesma, Marissa Ledesma, by and through her Guardian Ad Litem Raquel Sierra, Ronnie Mathew Ledesma by and through his Guardian Ad Litem Christina Garcia, and Christina Herrera*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA LEDESMA, an individual; JESSICA LEDESMA, an individual; MARISSA LEDESMA, an individual by and through her Guardian *Ad Litem* Raquel Sierra; RONNIE MATHEW LEDESMA, an individual by and through his Guardian *Ad Litem* Christina Garcia; CHRISTINA HERRERA; <br><br> Plaintiffs, <br><br> v. <br><br> KERN COUNTY; KERN COUNTY SHERIFF'S DEPARTMENT; WARREN MARTIN; KARENA DE LA GARZA; DWAYNE PERKINS; JAMES MELTON; CHRISTOPHER WONG; AND DOES 1-200, INCLUSIVE; <br><br> Defendants. | **CASE NO. 14-cv-01634-LJO-JLT** <br><br> **ORDER GRANTING IN PART STIPULATION TO AMEND CASE SCHEDULE** <br><br> **(Doc. 56)** |

---
JOINT STIPULATION FOR AN EXTENSION OF TIME
1

**[ALL PARTIES REQUEST A JURY]**

    **COME NOW** the Parties in this matter, and present this Joint Stipulation and [Proposed] Order for an Extension of Time.

    Plaintiffs Adriana Ledesma, Jessica Ledesma, Marissa Ledesma by and through her Guardian Ad Litem Raquel Sierra, Ronnie Mathew Ledesma by and through his Guardian Ad Litem Christina Garcia, and Christina Herrera (hereinafter collectively "Plaintiffs") are Jointly represented by David Gammill of Geragos & Geragos.

    Defendants, County of Kern, Kern County Sheriff's Office, and Deputies Martin, DeLaGarza, Perkins, Wong and Melton, (hereinafter collectively "Defendants") are represented by Andrew C. Thomson, Office of Kern County Counsel.

    Plaintiff and Defendants are hereinafter collectively referred to as the "Parties."

**IT IS HEREBY STIPULATED AND AGREED TO**, by and between the Parties, through their respective counsel of record, that an Order be entered allowing the Parties an extension of the deadline to file non-dispositive motions to June 3, 2016, to be heard on or before July 1, 2016. This proposed date is fourteen days later than the deadline set forth in the Scheduling Order. In addition, the Parties stipulate to an extension of the deadline to file dispositive motions to August 5, 2016, to be heard on or before September 27, 2016. This proposed date is fourteen days later than the deadline set forth in the Scheduling Order.

    1.    The Parties have met and conferred regarding this proposed extension of time.

    2.    The Parties are requesting this extension because Plaintiffs have not yet deposed every expert witness in this matter. Although no non-dispositive motion is presently contemplated, the parties wish to extend this deadline until discovery is complete out of an abundance of caution.

    3.    The Parties are informed and believe that the foregoing will not adversely affect the remainder of the dates set forth in the Scheduling Conference Order.

    4.    The Parties respectfully request the Court's consideration of this request.

///

**THEREFORE, IT IS HEREBY STIPULATED:**

The Scheduling Conference Order shall be amended to provide for an extension of the deadline for filing non-dispositive motions to June 3, 2016, to be heard on or before July 1, 2016; and the deadline to file dispositive motions to August 5, 2016, to be heard on or before September 27, 2016.

Dated: May 20, 2016                **GERAGOS & GERAGOS**

                                                      By   /s/ David Gammill
                                                          David Gammill
                                                          Attorneys for Plaintiffs

Dated: May 20, 2016                **THERESA A. GOLDNER, COUNTY COUNSEL**

                                                      By   /s/ Andrew C. Thomson
                                                          Andrew C. Thomson, Deputy
                                                          Attorneys for Defendants
                                                          *Authorized via e-mail on May 20, 2016*

## ORDER

IT IS SO ORDERED.

   Dated:   **May 20, 2016**                        **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE

---
JOINT STIPULATION FOR AN EXTENSION OF TIME
3