UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA LEDESMA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY et al.,<br><br>Defendants. | No. 1:14-cv-01634-DAD-JLT<br><br>ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS<br><br>(Doc. No. 55) |

Before the court is the parties' stipulation for leave to exceed the page limits for briefs set by the court's standing order. (Doc. No. 55.) Finding good cause, the court grants relief from the page limitation with respect to briefs related to defendants' anticipated motion for summary judgment or alternatively summary adjudication. Accordingly,

1. Defendants collectively may file an opening brief in support of their motion for summary judgment or alternatively summary adjudication, not to exceed thirty (30) pages;
2. In response, plaintiffs collectively may file an opposition brief, not to exceed thirty (30) pages; and

/////

/////

/////

1

3. Defendants collectively may file a reply brief in support of their motion, not to exceed fifteen (15) pages.

IT IS SO ORDERED.

Dated: **May 25, 2016**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2