1  **THERESA A. GOLDNER, COUNTY COUNSEL**
   **By: ANDREW C. THOMSON, DEPUTY (SBN 149057)**
2  **Kern County Administrative Center**
   **1115 Truxtun Avenue, Fourth Floor**
3  **Bakersfield, CA 93301**
   **Telephone 661-868-3800**
4  **Fax 661-868-3805**
5
6  **Attorneys for Defendants County of Kern, KCSO,**
   **Martin, DeLaGarza, Perkins, Melton and Wong**
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10 | ADRIANA LEDESMA, an individual;        ) | CASE NO. 1:14-CV-01634-DAD-JLT
   | JESSICA LEDESMA, an individual;        ) |
11 | MARISSA LEDESMA, an individual by      ) | **DEFENDANTS' STATEMENT OF**
   | and through her Guardian Ad Litem      ) | **UNDISPUTED MATERIAL FACT IN**
12 | Raquel Sierra; RONNIE MATHEW           ) | **SUPPORT OF MOTION FOR SUMMARY**
   | LEDESMA, an individual by and          ) | **JUDGEMENT OR ALTERNATIVELY**
13 | through his Guardian Ad Litem          ) | **SUMMARY ADJUDICATION OF ISSUES**
   | Christina Garcia; CHRISTINA            ) |
14 | HERRERA,                               ) |
   |                         Plaintiffs,    ) | Date: September 20, 2016
15 |                                        ) | Time: 9:30 a.m.
   | vs.                                    ) | Ctrm: 5
16 |                                        ) |
   | KERN COUNTY, KERN COUNTY               ) | Trial Date: January 24, 2017
17 | SHERIFF'S DEPARTMENT;                  ) | Judge: Hon. Dale A. Drozd
   | WARREN MARTIN; KARENA DE LA            ) |
18 | GARZA; DWAYNE PERKINS; JAMES           ) |
   | MELTON; CHRISTOPHER WONG;              ) |
19 | AND DOES 1-200, inclusive,             ) |
   |                         Defendants.    ) |
20 |                                        ) |

       **COME NOW** Defendants County of Kern (hereinafter "County") and its integral agency the Kern County Sheriff's Office (hereinafter "KCSO"), Warren Martin (hereinafter "Martin"), Karena DeLaGarza (hereinafter "DeLaGarza"), Dwayne Perkins (hereinafter "Perkins"), James Melton (hereinafter "Melton") and Christopher Wong (hereinafter "Wong") (hereinafter County, KCSO, Martin, DeLaGarza, Perkins, Melton and Wong are collectively "County Defendants"), and respectfully submit following undisputed material facts in support

---
**Defendants' Statement of Undisputed Material Fact In**
**Support of Motion For Summary Judgment/Adjudication**

1

of County Defendants' Motion for Summary Judgment or Alternatively Summary Adjudication on the Complaint, filed by Plaintiffs Adriana Ledesma (hereinafter "Adriana"), Jessica Ledesma (hereinafter "Jessica"), Marissa Ledesma (hereinafter "Marissa"), Ronnie Mathew Ledesma (hereinafter "RML") a minor through his Guardian Ad Litem Christina Garcia, and Christina Herrera (hereinafter "Herrera"), (hereinafter collectively "Plaintiffs") on or about October 15, 2014.  These Undisputed Material Facts are submitted for the purposes of the Motion for Summary Judgment/Adjudication only.

County Defendants have submitted these Undisputed Material Facts to Plaintiffs, met and conferred with Plaintiffs pursuant to Local Rule 260, and intend to continue the meet and confer process and discussions in an effort to provide a Joint Statement of Undisputed Facts.

All supporting evidence referenced herein is contained in the Evidence Volume in Support of County Defendants' Motion for Summary Judgment or Summary Adjudication.  The Defendants' Evidence Volume is a separate document that is filed concurrently with the Motion and this Separate Statement of Undisputed Facts.

| # | UNDISPUTED MATERIAL FACTS IN SUPPORT OF SUMMARY JUDGMENT OR ALTERNATIVELY SUMMARY ADJUDICATION | SUPPORTING EVIDENCE |
|---|---|---|
| 1 | Defendant County of Kern (hereinafter "County") is a municipal entity, a political subdivision of the State of California. | Complaint ¶ 7, Request for Judicial Notice - Request No. 2. |
| 2 | Defendant Kern County Sheriff's Office (hereinafter "KCSO") is an integral agency of the County. | Request for Judicial Notice - Request No. 3. |
| 3 | Defendant Kern County Sheriff's Office (hereinafter "KCSO") is a peace officer agency authorized by the State of California. | Request for Judicial Notice - Request No. 4. |
| 4 | Deputies Martin, DeLaGarza, Perkins, Melton and Wong were, at all times relevant to the Incident, KCSO Deputies acting within the course and scope of their KCSO employment duties And "under the color of state law." | Complaint ¶¶ 9, 10, 11, 12 and 13. |
| 5 | On August 19, 2013, at or around 8:34 p.m. Deputy Martin (hereinafter "Martin") was dispatched to Walgreens. | Martin Depo, 37/2 to 24. |
| 6 | The dispatch stated that there were two suspicious people at the Walgreens. | Perkins Depo, 23/18 to 21. |
| 7 | The dispatch could have been heard by all in the Metro Patrol area. | Martin Depo, 25/3 to 26/25. |

**Defendants' Statement of Undisputed Material Fact In Support of Motion For Summary Judgment/Adjudication**

2

| | | | |
|---|---|---|---|
| | 8 | Wong and Melton were partners and riding in the same vehicle. | Melton Depo, 12/10 to 14; Wong Depo, 11/1 to 5. |
| | 9 | When Martin arrived at the Location of the Incident (hereinafter the "scene"), he recognized Ledesma from the description in the dispatch. | Martin Depo, 41/16 to 42/14. |
| | 10 | Martin asked Ledesma what Ledesma was doing and was met by a blank stare from Ledesma. | Martin Depo, 42/15 to 43/3. |
| | 11 | Martin asked Ledesma a second time what he was doing and Ledesma responded that he was at the store buying beer. | Martin Depo, 42/15 to 43/3. |
| | 12 | Then Martin asked Ledesma about how much had Ledesma had to drink, and Ledesma responded one beer. | Martin Depo, 44/15 to 21. |
| | 13 | Martin believed that Ledesma was drunk in public since Ledesma was buying beer, had thick slurred speech, red watery eyes, had a smell of alcohol on his breath and was off balance when walking and standing. | Martin Depo, 44/22 to 47/10. |
| | 14 | As Martin spoke with Ledesma, Martin also believed that Ledesma was under the influence of a controlled substance. | [Martin Depo, 93/1 to 10. |
| | 15 | Martin was arresting Ledesma for public intoxication. | Martin Depo, 62/4 to 9. |
| | 16 | Martin told Ledesma turn around and place his hands behind his back. In response Ledesma turned away from Martin and walked 10 to 20 feet away from Martin. | Martin Depo, 47/11 to 47/20. |
| | 17 | Martin told Ledesma to stop and that he (Ledesma) was under arrest. | Martin Depo, 61/25 to 62/3. |
| | 18 | Ledesma turned toward Martin and said "Fuck you." | Martin Depo, 62/10 to 12. |
| | 19 | Martin approached Ledesma and attempted to grab Ledesma's arm. | Martin Depo, 62/21 to 22. |
| | 20 | As Martin approached Ledesma and attempted to grab Ledesma's arm, Ledesma pulled away and raised his right hand, with a clenched fist, in a threatening manner but did not strike Martin. | Martin Depo, 66/12 to 67/12; 68/13 to 20. |
| | 21 | Martin pushed Ledesma because Martin was afraid that Ledesma was going to hit him (Martin) as a result of the manner that Ledesma was holding his fist near his face like he was preparing to throw a punch. | Martin Depo, 67/13 to 68/12. |
| | 22 | After pushing Ledesma away from him, Martin pulled his baton and directed Ledesma to place his hands on his head. | Martin Depo, 72/2 to 7. |
| | 23 | When directed to place his hands on his head, Ledesma stated "fuck you" and continue to have his clenched fist near his face. | Martin Depo, 72/8 to 10. |
| | 24 | Martin believes that Ledesma was close enough to have connected a punch from Ledesma's location. | Martin Depo, 72/15 to 22. |
| | 25 | Martin told Ledesma to go to his knees, but Ledesma did not comply. | Martin Depo, 72/23 to 73/1. |

**Defendants' Statement of Undisputed Material Fact In
Support of Motion For Summary Judgment/Adjudication**

3

| 26 | Martin struck Ledesma in the lower leg with his baton, but Ledesma did not respond. | Martin Depo, 73/2 to 74/3; 108/19 to 23. |
|---|---|---|
| 27 | Martin then struck Ledesma a second time with the baton and Ledesma went to ground, rolling onto his back, bending his knees and protecting himself in a trained fighting position which allowed Ledesma to kick at Martin. | Martin Depo, 74/4 to 10; 74/14 to 23; 108/24 to 109/8. |
| 28 | Martin gave Ledesma orders to stop resisting and Ledesma began kicking at Martin. | Martin Depo, 74/11 to 13. |
| 29 | Martin put out a §148 call which is for resisting, delaying, obstructing a peace officer, but is unsure when he made the §148 call. | Martin Depo, 75/15 to 22; 76/6 to 11. |
| 30 | While responding to the call, DeLaGarza heard Martin broadcast a §148 which means that a suspect is resisting or obstructing an officer in his duties. | DeLaGarza Dec., ¶ 5. |
| 31 | Hearing Martin broadcast a §148 made DeLaGarza concerned for Martin's safety, especially since she was not aware of any other Deputies on scene at the time of the broadcast. | DeLaGarza Dec., ¶ 6. |
| 32 | Martin is not certain whether any of Ledesma's kicks struck him (Martin). | Martin Depo, 75/13 to 14. |
| 33 | When Ledesma was on the ground in the trained fighting position and kicking at Martin, Martin struck Ledesma on the arms and/or legs five (5) to seven (7) times with the baton. | Martin Depo, 108/19 to 109/23. |
| 34 | Martin put out a §69 call which is for a subject who is violently resisting but is unsure when he made the §69 call. | Martin Depo, 75/23 to 76/5; 76/6 to 11; 76/22 to 77/3. |
| 35 | Upon arrival DeLaGarza saw Deputy Martin (hereinafter "Martin") standing behind Ronnie Ledesma (hereinafter "Ledesma"), who was sitting on the floor. | DeLaGarza Dec., ¶7. |
| 36 | As she approached, DeLaGarza realized that Ledesma had probably not been searched for weapons which caused me concern, and made it necessary to quickly control and handcuff Ledesma. | DeLaGarza Dec., ¶8. |
| 37 | Between Ledesma's kicking and the arrival of DeLaGarza and Perkins, Ledesma stopped kicking and was sitting up, and Martin was attempting to put Ledesma's arm in a control hold. | [Martin Depo, 78/22 to 79/2 |
| 38 | While Martin was attempting to put Ledesma's arm in a control hold, Ledesma was tensing up his arms and thrashing his body side to side to prevent Martin from completing the control hold. | Martin Depo, 79/14 to 19. |
| 39 | While Martin attempts to place Ledesma's arm in a control hold, DeLaGarza and Perkins arrive on scene. | Martin Depo, 80/5 to 24. |

**Defendants' Statement of Undisputed Material Fact In Support of Motion For Summary Judgment/Adjudication**

4

| | | |
|---|---|---|
| 40 | Perkins heard the dispatch and responded, and on his way he heard the §148 call by Martin. | Perkins Depo. 23/22 to 24/9. |
| 41 | Melton heard Martin broadcast the 148 and then heard radio clips which occur when an officer's hand slips or is knocked off of the transmitter. | Melton Depo, 13/ 2 to 19. |
| 42 | Melton understood the radio traffic to mean that Martin was in a physical confrontation with a suspect. | Melton Depo, 13/7 to 19. |
| 43 | Wong heard the 148 and understood that a suspect was being resistive or assaultive. | Wong Depo, 13/17 to 22. |
| 44 | When Wong hears a 148 he is always worried about the other officer. | Wong Depo, 18/20 to 25. |
| 45 | Perkins heard Martin's §148 and §69 calls, and knowing that Martin usually had things under control quickly, realized that the situation was more than simply resisting arrest. | Perkins Depo, 49/14 to 50/20. |
| 46 | Melton then heard the §69 broadcast, and when considered with the clips and the §148, Melton believe that there was active fighting. | Melton Depo, 15/2 to 5. |
| 47 | The §148, §69 and radio clips increased Melton's level of concern for Martin's safety. | Melton Depo, 13/ 7 to 19; 14/3 to 8. |
| 48 | DeLaGarza and Perkins arrived close to the same time as each other. | Martin Depo, 77/25 to 78/3. |
| 49 | DeLaGarza approached Ledesma and attempted to grab his right arm to place handcuffs on Ledesma, but was unable to do so since he tensed up his right arm, lay on his back with his arms underneath him began kicking and resisted attempts to control him, which prevented her from placing handcuffs on him. | DeLaGarza Dec., ¶ 10. |
| 50 | As DeLaGarza was attempting to grab Ledesma's arm she was giving him verbal commands to "give me your hands" and "stop resisting." | DeLaGarza Dec., ¶ 11. |
| 51 | Perkins arrived and saw DeLaGarza running, so he put his canine on a leash and ran to the front of Walgreens. | Perkins Depo, 26/9 to 25. |
| 52 | As Perkins arrived at the area near Ledesma, Martin and DeLaGarza were struggling with Ledesma, with DeLaGarza trying to grab Ledesma's right arm and Martin trying to grab the left arm. | Martin Depo, 81/2 to 4. Perkins Depo, 27/6 to 28/11. |
| 53 | DeLaGarza and Martin tried to grab at Ledesma's shoulder to control him and place handcuffs on him, but Ledesma would tense up and break free of them with no effort at all. | Perkins Depo, 28/25 to 29/12 |
| 54 | Perkins witnessed Ledesma actively resisting, realized that Ledesma was under the influence of PCP, was in an area with the public and continued to actively resist arrest, so Perkins determined that Ledesma posed an immediate threat to officers and the public. | Perkins Depo, 50/21 to 51/6 |

**Defendants' Statement of Undisputed Material Fact In
Support of Motion For Summary Judgment/Adjudication**

5

| 55 | Perkins witnessed Ledesma commit crimes of being under the influence of a controlled substance, resisting arrest and striking and kicking a police dog. | Perkins Depo, 60/2 to 13. |
|---|---|---|
| 56 | As DeLaGarza is grabbing Ledesma's right arm, Perkins gives Ledesma orders to stop fighting and stop resisting. | Martin Depo, 82/16 to 20. |
| 57 | Perkins' canine was barking. | Martin Depo, 82/21 to 25; 83/13 to 14. |
| 58 | Perkins was yelling "Sheriff's Office" and directing Ledesma to quit resisting while the canine continued to bark. | Perkins Depo, 30/2 to 17. |
| 59 | Perkins directed Ledesma to "stop resisting at least three (3) times and informed Ledesma that if he does not stop resisting Perkins would send the dog. | Perkins Depo, 31/14 to 24. |
| 60 | Ledesma then lay on the ground and began resisting deputies by kicking his feet and placing his arms underneath him. | DeLaGarza Dec., ¶ 12. |
| 61 | Ledesma was fighting with the Deputies by continuing to physically struggle and resist being arrested and handcuffed. | Perkins Depo, 34/23 to 35/11. |
| 62 | Perkins did not believe that there was any alternative means to arrest Ledesma other than to deploy the canine. | Perkins Depo, 73/17 to 74/2. |
| 63 | As Perkins was giving instruction and the canine was barking, Martin was trying to place Ledesma's left arm in a control hold, and DeLaGarza is on the other arm. | Martin Depo, 83/15 to 84/3. |
| 64 | DeLaGarza then witnessed Ledesma grab Deputy Perkins (hereinafter "Perkins") canine by his nose as the canine was biting him. | DeLaGarza Dec., ¶ 13. |
| 65 | When Ledesma grabbed the canine, DeLaGarza then struck Ledesma three (3) times on his arm and leg with her collapsible baton so he would release the KCSO canine but the baton strikes had no effect on Ledesma. | DeLaGarza Dec., ¶ 14. |
| 66 | In an effort to gain compliance and to get control of Ledesma, DeLaGarza struck Ledesma approximately two more times with her collapsible baton on the leg and arm, but the baton strikes were still ineffective. | DeLaGarza Dec., ¶ 15. |
| 67 | Wong and Melton arrived on scene. | Martin Depo, 88/11 to 16; Perkins Depo, 39/24 to 40/9. |
| 68 | When Melton arrived he looked for other possible threats and suspects since the original broadcast identified two suspects. | Melton Depo, 20/17 to 21/5; 22/5 to 8. |
| 69 | Melton did not know if Ledesma had weapons and was unsure if Ledesma had been searched. | Melton Depo, 30/7 to 30/12. |
| 70 | Right after he arrived, Melton saw Ledesma sitting up, swinging/flailing his arms in a windmill like motion with his fists clinched/balled up and rotating to his left then right. | Melton Depo, 23/21 to 24/24. |

**Defendants' Statement of Undisputed Material Fact In Support of Motion For Summary Judgment/Adjudication**

| 71 | Right after he arrived, Melton heard Ledesma yelling but could not make out what Ledesma was saying. | Melton Depo, 23/21 to 24/3. |
|---|---|---|
| 72 | Right after he arrived, Melton saw Ledesma on the ground with Martin on the ground with Ledesma, DeLaGarza on Ledesma's left side and Perkins' canine biting Ledesma's leg. | Melton Depo, 16/22 to 18/22. |
| 73 | When Wong arrived he saw Deputies trying to get Ledesma into custody. Martin and DeLaGarza were on the ground with Ledesma trying to get control of Ledesma and Perkins was present with his canine. | Wong Depo, 19/25 to 20/20. |
| 74 | Wong attempted to grab Ledesma's arm and place Ledesma in a control hold but was unsuccessful since Ledesma was sweating profusely and would throw and jerk his arms. | Wong Depo, 22/5 to 19; 23/2 to 7. |
| 75 | Perkins advised Ledesma that he (Perkins) would deploy the canine if Ledesma did not quit resisting, and stated that Ledesma was under arrest. | Wong Depo, 23/18 to 24/2. |
| 75 | Perkins walked the canine up to Ledesma and gave the canine the command "puchen" which is a canine direction to apprehend or capture. | Perkins Depo, 32/10 to 33/5. |
| 77 | Perkins understood that the direction "puchen" to the canine would result in a bite to Ledesma. | Perkins Depo, 33/14 to 24. |
| 78 | Perkins canine bit Ledesma in the lower leg, the safest place to bite. | Perkins Depo, 35/12 to17; 33/25 to 34/11; Martin Depo, 85/14 to 86/5. |
| 79 | Perkins deployed the canine and Ledesma began kicking the canine in the head many times. | Wong Depo, 25/13 to 17; 26/11 to 15; 26/20 to 27/14. |
| 80 | When the canine bit Ledesma's leg, Ledesma began kicking and punching the canine, and using his hands to get the canine off. | Perkins Depo, 36/10 to 16. |
| 81 | As Ledesma is kicking the canine, Wong directs him to quit resisting, but Ledesma ignores the order | Wong Depo, 28/7 to 18. |
| 82 | Melton then witnessed Ledesma continuing to pull at the canine's mouth even though the canine was not engaged. | Melton Depo, 25/14 to 26/5. |
| 83 | It appeared to Perkins that Ledesma was impervious or immune to pain. | Perkins Depo, 37/15 to 18. |
| 84 | Perkins does not recall Ledesma screaming or crying. | Perkins Depo, 37/19 to 21. |
| 85 | Melton then grabbed Ledesma's arm and tried to get a control hold. | Melton Depo, 26/7 to 12. |
| 86 | At the same time DeLaGarza was on Ledesma's left side trying to get ahold of Ledesma. | Melton Depo, 26/13 to 21. |
| 87 | Melton grabbed Ledesma's arm and Ledesma slipped his arm free from Melton's grasp and Ledesma punched the canine on the canine's left side. | Melton Depo, 29/5 to 17. |

**Defendants' Statement of Undisputed Material Fact In
Support of Motion For Summary Judgment/Adjudication**

7

| 88 | Ledesma was actively pulling away from Deputies, pulling his arms away and refusing to allow Deputies to arrest him or place him in handcuffs. | Wong Depo, 28/19 to 29/8. |
|---|---|---|
| 89 | With his baton, Wong struck Ledesma in the right shoulder area three (3) times but Ledesma continued to resist and pull away. | Wong Depo, 29/10 to 30/20. |
| 90 | Ledesma was flailing his arms and swinging his body side to side, possibly in an attempt to swing at somebody. | Wong Depo, 32/10 to 21. |
| 91 | Deputies were trying to hold Ledesma down but there were no choke holds used. | Perkins Depo, 41/20 to 42/10 |
| 92 | Ledesma was able to frustrate the attempts to place handcuffs on him by turning on his stomach and pulling his arms in underneath his body so that the Deputies could not get ahold of his arms. | DeLaGarza Dec., ¶17. |
| 93 | Melton again tried to grab Ledesma's arm but Ledesma was sweating profusely and slipped his arm away from Melton, and Ledesma turned on to his stomach and tried to tuck his arms underneath himself. | Melton Depo, 29/16 to 24. |
| 94 | Martin and DeLaGarza are attempting to bring Ledesma's arms together but are unable to do so because of the way Ledesma was moving. | Martin Depo, 84/4 to 8. |
| 95 | The Deputies continued to struggle to get control of Ledesma and tried to roll Ledesma over but Ledesma was able to get an arm down and pushed himself up from the ground. | Wong Depo, 37/19 to 38/9 |
| 96 | Ledesma started to stand and Wong again instructed Ledesma to stop resisting. Wong, in a kneeling position, jabbed Ledesma in the left shoulder area in an effort to gain compliance but Ledesma continued to stand up so Wong placed his foot in the middle of Ledesma's body to get Ledesma to become off balance, and Ledesma sat back down onto the ground. | Wong Depo, 38/10 to 39/14. |
| 97 | When Ledesma was on the ground the Deputies rolled him onto his stomach and were able to get control and handcuff Ledesma despite Ledesma making his muscles rigid in an effort to frustrate the handcuffing. | Wong Depo, 39/15 to 23. |
| 98 | Ledesma would not comply, and prevented the Deputies from handcuffing him by keeping his arms from the Deputies. | Melton Depo, 29/25 to 30/6. |
| 99 | Ledesma was successful in getting his hands underneath his body, and then balled up real tight. | Melton Depo, 31/4 to 6; 31/17 to 22. |
| 100 | Melton directed Ledesma to "stop resisting" and "let me see your hands." | Melton Depo, 30/16 to 20. |

**Defendants' Statement of Undisputed Material Fact In
Support of Motion For Summary Judgment/Adjudication**

8

| | | | |
|---|---|---|---|
| 1 2 3 | 101 | Melton was kneeling down trying to get ahold of Ledesma's arm, and punched Ledesma in the left shoulder blade area so that Ledesma's would bring his arm out from under him and Melton could grab it. | Melton Depo, 37/18 to 38/24. |
| 4 | 102 | Ledesma had no reaction to the punch, he continued to keep his arms under him and wiggle back and forth. | Melton Depo, 38/25 to 39/9 |
| 5 | 103 | Melton continued to try to pull Ledesma's left hand out from under Ledesma. | Melton Depo, 31/24 to 32/3. |
| 6 7 8 | 104 | Melton kicked Ledesma two times with the top of Melton's foot to the left side "love handle" area just above the belt line so that Ledesma would move, and when Ledesma moved his elbow down, Melton was able to squeeze his hand in and grab Ledesma's arm. | Melton Depo, 33/22 to 34/8; 35/4 to 36/9; 36/10 to 19. |
| 9 10 | 105 | When kicked, other than a slight movement of the elbow, Ledesma had no response and did not yell or otherwise react. | Melton Depo, 36/23 to 37/17. |
| 11 12 | 106 | Melton grabbed Ledesma's arm with both of his hands but Ledesma was still able to pull the arm back under himself. | Melton Depo, 42/20 to 43/2. |
| 13 14 | 107 | Melton maintained a grip on the arm and pull, and Martin grabbed the arm with Melton and the two of them were able to pull the arm behind Ledesma's back. | Melton Depo, 43/3 to 9. |
| 15 16 | 108 | DeLaGarza and another Deputy pulled Ledesma's other arm back and the Deputies were able to handcuff Ledesma. | Melton Depo, 43/10 to 17. |
| 17 | 109 | It took multiple Deputies to control Ledesma so that he could be handcuffed. | Perkins Depo, 42/11 to 16. |
| 18 19 20 | 110 | Martin, DeLaGarza, Melton and Wong were eventually able to control and handcuff Ledesma by two deputies on each side grabbing Ledesma's arms and pulling them out from underneath him and then placing handcuffs on him. | DeLaGarza Dec., ¶ 18. |
| 21 | 111 | Martin and Wong placed handcuffs on Ledesma. | Martin Depo, 91/3 to 14. |
| 22 23 | 112 | Once Ledesma was in handcuffs, Melton two other Deputies and a Bakersfield Police Officer went into Walgreens to attempt to locate the second suspect but were unsuccessful. | Melton Depo, 45/2 to 10. |
| 24 | 113 | After the canine bit Ledesma, Martin concluded that Ledesma was immune to pain. | Martin Depo, 86/15 to 88/1. |
| 25 26 27 | 114 | Around the time of Ledesma's interaction with the canine, Martin concluded that Ledesma was under the influence of PCP since he was immune to pain, had a blank stare and the degree to which Ledesma was sweating. | Martin Depo, 93/2 to 20. |

28

**Defendants' Statement of Undisputed Material Fact In
Support of Motion For Summary Judgment/Adjudication**

9

| | # | | |
|---|---|---|---|
| | 115 | During the incident, DeLaGarza realized that Ledesma was likely under the influence of PCP since Ledesma was sweating profusely, was often staring straight ahead, looked out of it and when force was used he did not react in a normal manner.  When force was used, Ledesma would simply shake it off, would not have any physical reaction, would not verbal recognize any pain and never verbalize anything in words. | DeLaGarza Dec., ¶ 9. |
| | 116 | During the incident the Deputies trying to hold Ledesma down but there were no choke holds used. | Perkins Depo, 41/20 to 42/9. |
| | 117 | After Ledesma's arrest, due to the canine bite, Ledesma was transported to the hospital in a Sheriff's vehicle since the hospital was less than one mile from the scene. | Perkins Depo, 76/11 to 20. |
| | 118 | Martin interviewed Ledesma at the hospital. | Martin Depo, 94/9 to 16 |
| | 119 | Martin did not make an audio recording of his interview of Ledesma. | Martin Depo, 97/4 to 9. |
| | 120 | At the hospital, Ledesma said that he was sorry several times. | Perkins Depo, 43/23 to 44/17 |
| | 121 | Ledesma admitted hearing Perkin's announcements and apologized for hitting and kicking the canine. | Perkins Depo, 44/7 to 17. |
| | 122 | For hitting and/or kicking the canine Ledesma could have been charged with a violation of Penal Code §600. | Perkins Depo, 79/15 to 22. |
| | 123 | During the incident, no Deputy struck Ledesma in the head. | Martin Depo, 110/11 to 19. |
| | 124 | Ledesma's cause of death was a A) Massive right cerebral hemisphere infarction, interval between onset and death is days; B) Thrombosis of the proximal right middle cerebral artery, interval between onset and death is days. | Autopsy Report of Ronnie Ledesma Jr., pg. 2, heading 2 "Cause of Death"; Depo of Pathologist Coroner Capenter, 78/7 to 10. |
| | 125 | The Autopsy Report of Ledesma's cause of death ["A) Massive right cerebral hemisphere infarction, interval between onset and death is days; B) Thrombosis of the proximal right middle cerebral artery, interval between onset and death is days."] is stated to a reasonable degree of medical certainty. | Depo of Pathologist Coroner Capenter, 78/11 to 13. |
| | 126 | Thrombi from the legs cannot go through the lungs. | Depo of Pathologist Coroner Carpenter, 83/2 to 84/6. |
| | 127 | To a reasonable degree of medical certainty, thrombi from the legs did not cause Ledesma's the thrombosis of the proximal right middle cerebral artery. | Depo of Pathologist Coroner Carpenter, 85/9 to 19. |
| | 128 | The death is identified as an accident. | Depo of Pathologist Coroner Carpenter, 31/10 to 32/25. |

**Defendants' Statement of Undisputed Material Fact In
Support of Motion For Summary Judgment/Adjudication**

| 129 | Ledesma did not sustain a head injury. | Depo of Pathologist Coroner Carpenter, 68/8 to 21. |

Dated: August 5, 2016            **THERESA A. GOLDNER, COUNTY COUNSEL**

                                By /s/ Andrew C. Thomson
                                    Andrew C. Thomson, Deputy
                                    Attorneys for Defendants County of Kern,
                                    Kern County Sheriff's Office, Martin, DeLaGarza,
                                    Perkins, Melton and Wong

#22S2499.DOC

**Defendants' Statement of Undisputed Material Fact In
Support of Motion For Summary Judgment/Adjudication**