1   **THERESA A. GOLDNER, COUNTY COUNSEL**
    **By: ANDREW C. THOMSON, DEPUTY (SBN 149057)**

2   **Kern County Administrative Center**

3   **1115 Truxtun Avenue, Fourth Floor**
    **Bakersfield, CA 93301**

4   **Telephone 661-868-3800**
    **Fax 661-868-3805**

5
    **Attorneys for Defendants Kern County, KCSO,**

6   **Martin, DeLaGarza, Perkins, Melton and Wong**

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  **ADRIANA LEDESMA, an individual;** )   **CASE NO. 1:14-CV-01634-DAD-JLT**
    **JESSICA LEDESMA, an individual;** )

12  **MARISSA LEDESMA,  an individual by** )   **DEFENDANTS' EVIDENCE VOLUME**
    **and through her Guardian Ad Litem** )      **FILED IN SUPPORT OF COUNTY**

13  **Raquel Sierra; RONNIE MATHEW** )       **DEFENDANTS' MOTION FOR SUMMARY**
    **LEDESMA,  an individual by and** )      **JUDGMENT, OR ALTERNATIVELY**

14  **through his Guardian Ad Litem** )        **SUMMARY ADJUDICATION OF ISSUES**
    **Christina Garcia; CHRISTINA** )         **PURSUANT TO FRCP 56**

15  **HERRERA** )
                        **Plaintiffs,** )    **Date:  September 20, 2016**

16      **vs.** )                            **Time:  9:30 a.m.**

17  **KERN COUNTY, KERN COUNTY** )          **Ctrm:  5**

18  **SHERIFF'S DEPARTMENT;** )             **Trial Date: January 24, 2017**
    **WARREN MARTIN; KARENA DE LA** )

19  **GARZA; DWAYNE PERKINS; JAMES** )      **Judge:  Hon. Dale A. Drozd**
    **MELTON; CHRISTOPHER WONG;** )

20  **AND DOES 1-200, inclusive,** )

21                        **Defendants.** )
    _____ )

22

23          Kern County, Kern County Sheriff's Office, Warren Martin, Karena De La Garza,

24  Dwayne Perkins, James Melton and Christopher Wong (hereinafter "County Defendants")

    respectfully submit the following exhibits in support of their Motion for Summary Judgment, or
25
    Alternatively Summary Adjudication:
26

27          Exhibit No.          Description

28          Exhibit A            Claim Against the County of Kern filed by Adriana Ledesma
                                 with Kern County Board of Supervisors on February 11, 2014;

_____

Evidence Volume filed in Support of Motion for Summary Judgment, etc.

1

| | | |
|---|---|---|
| Exhibit B | Claim Against the County of Kern filed by Christina Herrera with Kern County Board of Supervisors on February 11, 2014; |
| Exhibit C | Claim Against the County of Kern filed by Jessica Ledesma with Kern County Board of Supervisors on February 11, 2014; |
| Exhibit D | Claim Against the County of Kern filed by Marissa Ledesma, a minor, by her Guardian ad Litem Raquel Sierra with Kern County Board of Supervisors on February 11, 2014; |
| Exhibit E | Claim Against the County of Kern filed by Ronnie Mathew Ledesma, a minor, by his Guardian ad Litem Christina Garcia with Kern County Board of Supervisors on February 11, 2014; |
| Exhibit F | Plaintiffs' Civil Complaint filed on October 15, 2014; |
| Exhibit G | Partial transcript of deposition of Warren Martin; |
| Exhibit H | Partial transcript of deposition of Dwayne Perkins; |
| Exhibit I | Partial transcript of deposition of James Melton; |
| Exhibit J | Partial transcript of deposition of Christopher Wong; |
| Exhibit K | Partial transcript of deposition of Eugene Carpenter, Jr., M.D.; |
| Exhibit L | Declaration of Deputy Karena Aquino [Formerly DeLaGarza]; |
| Exhibit M | Kern County Sheriff's Office Policies and Procedures – Title: Use of Force – General, No. F-100; |
| Exhibit N | Kern County Sheriff's Office Policies and Procedures – Title: Use of Force – Baton, No. F-600; |
| Exhibit O | Kern County Sheriff's Office Metropolitan Patrol Division Operational Manual–Title: Police Service Dog Deployment, No. K9-500; |
| Exhibit P | Autopsy Report; and |
| Exhibit Q | Declaration of Andrew C. Thomson. |

Dated: August 5, 2016

THERESA A. GOLDNER, COUNTY COUNSEL

By  /s/ Andrew C. Thomson

Andrew C. Thomson, Deputy
Attorneys for Defendants Kern County, et al.

#22S4337

Evidence Volume filed in Support of Motion for Summary Judgment, etc.

2