# EXHIBIT A

*Adriana Ledesma, et al. v County of Kern, et al.*
United States District Court Case No. 1:14-CV-01634 DAD JLT

**EXHIBIT "A"**

FILE KERN 6... CLERK OF
THE BD. OF SUPERVISORS
BY_____ DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
### (Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5th Floor, Bakersfield, California 93301. If it is a claim for death, injury to person, injury to personal property or injury to growing crops, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1. State the name and mailing address of claimant:

   Adriana Ledesma, 924 Mammoth Street, Bakersfield, CA 93308

2. State the mailing address to which claimant desires notices from the County to be sent:

   Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3. State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

   Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma, Jr., claimant's father - see Attachment A

   Code No _____
   BY ORDER OF THE BD/SUPV
   Referred To _____
   County Counsel
   (21 pages)
   Copies Furnished
   Risk Mgt
   Filed by BD Supv   2-11-14
   KATHLEEN KRAUSE
   Clerk of the Board of Supervisors
   By _____ L. Cody

4. Provide a general description of the injury, damage or loss incurred so far as it may be known:

   Wrongful death, emotional damages, loss of economic support, funeral and burial expense

1

# ATTACHMENT A

## CIRCUMSTANCES OF THE EVENTS GIVING RISE TO THE CLAIM

### WRONGFUL DEATH

On August 19, 2013, Ronnie Ledesma, Jr., was at or near the parking lot area of the Walgreens Drug Store located at or near 2928 Mt. Vernon Avenue, Bakersfield, California.  On that date, at or about 8:30 p.m., claimee Kern County Sheriff Deputy Warren Martin, under color of law and within the course and scope of his employment, initiated an encounter with Ronnie Ledesma, Jr., and without provocation or reasonable fear for his physical safety began repeatedly striking Ronnie Ledesma with his baton.  Within minutes claimee Martin was joined by claimees Kern County Sheriff Deputies Karena de la Garza, Dwayne Perkins, James Melton, Christopher Wong and other members of the Kern County Sheriff, each of whom also under color of law and within the course and scope of their employment with claimee Kern County Sheriff, began repeatedly striking Ronnie Ledesma, Jr., striking his head, torso and extremities with batons. Said claimees also included a K-9 unit, which canine viciously attacked Ronnie Ledesma, Jr., repeatedly biting him on both legs.  Said claimees' actions against Ronnie Ledesma Jr., were without probable cause or reasonable belief or fear for their physical safety or lives; in continuing to repeatedly strike Ronnie Ledesma Jr's head, torso and extremities, claimees exercised and used excessive and unnecessary force, inflicting physical injuries to Ronnie Ledesma Jr., severe enough to require immediate treatment and admittance to Kern Medical Center.

As a proximate result of claimees' unlawful, unreasonable, excessive and unnecessary use of force on August 19, 2013, Ronnie Ledesma Jr., never recovered from his injuries and died therefrom on August 27, 2013, while still admitted to Kern Medical Center.

Prior to his death, Ronnie Ledesma Jr., was in good physical and mental condition and was a loving and faithful father to claimants Adriana Ledesma; Jessica Ledesma; Ronnie Mathew Ledesma, a minor; and Marissa Ledesma, a minor; his children.

Prior to his death, Ronnie Ledesma, Jr., was in good physical and mental condition and was a loving and faithful son to claimant Carolina Herrera, his mother.

Claimants were and are decedent's heirs-at-law, and as a result of claimees' unlawful, unreasonable, excessive and unnecessary use of force, have lost the comfort, companionship, society, love, affection, and support of their father and son, decedent Ronnie Ledesma, Jr., and all other allowed damages for the wrongful death of their father and son, as proven and allowable under California law, including funeral and burial expense.

Said claimants' damages are in excess of $10,000 each as set forth in claimants' claim forms, and within the jurisdiction of the Superior Court of Kern County.

## VIOLATION OF UNRUH CIVIL RIGHTS ACT

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, decedent Ronnie Ledesma Jr., was afforded the full and complete protection of the laws of the State of California, including the protection afforded by the Unruh Civil Rights Act embodied in California Civil Code section 51.7.

Specifically, decedent had the right to be free from any violence, intimidation by threat of violence, committed against his person or property because of his race, color, religion, ancestry, national origin and political affiliation.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his State Civil Rights as embodied in Civil Code section 51.7.

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# PROOF OF SERVICE

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA  93301


/x / (**BY MAIL**) I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices.  I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/ /(**BY PERSONAL SERVICE**) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//(**BY FACSIMILE**) I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

/ / (**BY OVERNIGHT DELIVERY**) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 10, 2014, at Santa Maria, California.


Diana Ruiz

14 FEB 11 PM 2: 21

FILE KERN CO. CLERK OF
THE BD. OF SUPERVISORS
BY_____ DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
### (Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5th Floor, Bakersfield, California 93301. If it is a claim for death, injury to person, injury to personal property or injury to growing crops, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1. State the name and mailing address of claimant:

   Adriana Ledesma, 924 Mammoth Street, Bakersfield, CA 93308

2. State the mailing address to which claimant desires notices from the County to be sent:

   Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3. State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

   Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma, Jr., claimant's father - see Attachment A

4. Provide a general description of the injury, damage or loss incurred so far as it may be known:

   Wrongful death, emotional damages, loss of economic support, funeral and burial expense

5. Provide the name or names of the public employee or employees causing the injury, damage or loss, if known:

Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members or employees of the Kern County Sherrif Department identities presently unknown.

6. Regarding the amount claimed (including estimated amount of any prospective injury, damage or loss known as of the time the claim is filed):

If less than ten thousand dollars ($10,000), state the amount: $_____.

If more than ten thousand dollars, would the claim be a limited civil case (less than $25,000)?  (Circle one)

Yes                    (No)

7. Please state any additional information which may be helpful in considering this claim:

A suit for damages for civil rights violations will be filed in the United States District Court. Eastern District of California.

---

Claimant must date and sign below.

8. Signed this ___8___ day of __Feb__, 20 14.

*Adriana Ledesma*

CLAIMANT'S SIGNATURE

## WARNING!  IT IS A CRIMINAL OFFENSE
## TO FILE A FALSE CLAIM (Penal Code §72)

(3/03)
Doc #126393

**ATTACHMENT A**

CIRCUMSTANCES OF THE EVENTS GIVING RISE TO THE CLAIM

**WRONGFUL DEATH**

On August 19, 2013, Ronnie Ledesma, Jr., was at or near the parking lot area of the Walgreens Drug Store located at or near 2928 Mt. Vernon Avenue, Bakersfield, California.  On that date, at or about 8:30 p.m., claimee Kern County Sheriff Deputy Warren Martin, under color of law and within the course and scope of his employment, initiated an encounter with Ronnie Ledesma, Jr., and without provocation or reasonable fear for his physical safety began repeatedly striking Ronnie Ledesma with his baton.  Within minutes claimee Martin was joined by claimees Kern County Sheriff Deputies Karena de la Garza, Dwayne Perkins, James Melton, Christopher Wong and other members of the Kern County Sheriff, each of whom also under color of law and within the course and scope of their employment with claimee Kern County Sheriff, began repeatedly striking Ronnie Ledesma, Jr., striking his head, torso and extremities with batons. Said claimees also included a K-9 unit, which canine viciously attacked Ronnie Ledesma, Jr., repeatedly biting him on both legs.  Said claimees' actions against Ronnie Ledesma Jr., were without probable cause or reasonable belief or fear for their physical safety or lives; in continuing to repeatedly strike Ronnie Ledesma Jr's head, torso and extremities, claimees exercised and used excessive and unnecessary force, inflicting physical injuries to Ronnie Ledesma Jr., severe enough to require immediate treatment and admittance to Kern Medical Center.

As a proximate result of claimees' unlawful, unreasonable, excessive and unnecessary use of force on August 19, 2013, Ronnie Ledesma Jr., never recovered from his injuries and died therefrom on August 27, 2013, while still admitted to Kern Medical Center.

Prior to his death, Ronnie Ledesma Jr., was in good physical and mental condition and was a loving and faithful father to claimants Adriana Ledesma; Jessica Ledesma; Ronnie Mathew Ledesma, a minor; and Marissa Ledesma, a minor; his children.

Prior to his death, Ronnie Ledesma, Jr., was in good physical and mental condition and was a loving and faithful son to claimant Carolina Herrera, his mother.

Claimants were and are decedent's heirs-at-law, and as a result of claimees' unlawful, unreasonable, excessive and unnecessary use of force, have lost the comfort, companionship, society, love, affection, and support of their father and son, decedent Ronnie Ledesma, Jr., and all other allowed damages for the wrongful death of their father and son, as proven and allowable under California law, including funeral and burial expense.

Said claimants' damages are in excess of $10,000 each as set forth in claimants' claim forms, and within the jurisdiction of the Superior Court of Kern County.

## VIOLATION OF UNRUH CIVIL RIGHTS ACT

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, decedent Ronnie Ledesma Jr., was afforded the full and complete protection of the laws of the State of California, including the protection afforded by the Unruh Civil Rights Act embodied in California Civil Code section 51.7.

Specifically, decedent had the right to be free from any violence, intimidation by threat of violence, committed against his person or property because of his race, color, religion, ancestry, national origin and political affiliation.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his State Civil Rights as embodied in Civil Code section 51.7.

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# PROOF OF SERVICE

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA  93301


/x / **(BY MAIL)** I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices.  I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/ /**(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//**(BY FACSIMILE)** I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

/ / **(BY OVERNIGHT DELIVERY)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 10, 2014, at Santa Maria, California.


_____
Diana Ruiz

FILE KERN ... CLERK OF
THE BD. OF SUPERVISORS
BY_____DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
(Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5th Floor, Bakersfield, California 93301. If it is a claim for death, injury to person, injury to personal property or injury to growing crops, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1.   State the name and mailing address of claimant:

Adriana Ledesma, 924 Mammoth Street, Bakersfield, CA 93308

2.   State the mailing address to which claimant desires notices from the County to be sent:

Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3.   State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma, Jr., claimant's father - see Attachment A

4.   Provide a general description of the injury, damage or loss incurred so far as it may be known:

Wrongful death, emotional damages, loss of economic support, funeral and burial expense

1

5. Provide the name or names of the public employee or employees causing the injury, damage or loss, if known:

Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members or employees of the Kern County Sherrif Department identities presently unknown.

6. Regarding the amount claimed (including estimated amount of any prospective injury, damage or loss known as of the time the claim is filed):

If less than ten thousand dollars ($10,000), state the amount: $ _____.

If more than ten thousand dollars, would the claim be a limited civil case (less than $25,000)?  (Circle one)

Yes          (No)

7. Please state any additional information which may be helpful in considering this claim:

A suit for damages for civil rights violations will be filed in the United States District Court, Eastern District of California.

Claimant must date and sign below.

8. Signed this _____8_____ day of ___Feb___, 20 14.

_Adriana Ledesma_
CLAIMANT'S SIGNATURE

## WARNING!  IT IS A CRIMINAL OFFENSE
## TO FILE A FALSE CLAIM (Penal Code §72)

(3/03)
Doc #126393

2

# ATTACHMENT A

CIRCUMSTANCES OF THE EVENTS GIVING RISE TO THE CLAIM

## WRONGFUL DEATH

On August 19, 2013, Ronnie Ledesma, Jr., was at or near the parking lot area of the Walgreens Drug Store located at or near 2928 Mt. Vernon Avenue, Bakersfield, California.  On that date, at or about 8:30 p.m., claimee Kern County Sheriff Deputy Warren Martin, under color of law and within the course and scope of his employment, initiated an encounter with Ronnie Ledesma, Jr., and without provocation or reasonable fear for his physical safety began repeatedly striking Ronnie Ledesma with his baton.  Within minutes claimee Martin was joined by claimees Kern County Sheriff Deputies Karena de la Garza, Dwayne Perkins, James Melton, Christopher Wong and other members of the Kern County Sheriff, each of whom also under color of law and within the course and scope of their employment with claimee Kern County Sheriff, began repeatedly striking Ronnie Ledesma, Jr., striking his head, torso and extremities with batons. Said claimees also included a K-9 unit, which canine viciously attacked Ronnie Ledesma, Jr., repeatedly biting him on both legs.  Said claimees' actions against Ronnie Ledesma Jr., were without probable cause or reasonable belief or fear for their physical safety or lives; in continuing to repeatedly strike Ronnie Ledesma Jr's head, torso and extremities, claimees exercised and used excessive and unnecessary force, inflicting physical injuries to Ronnie Ledesma Jr., severe enough to require immediate treatment and admittance to Kern Medical Center.

As a proximate result of claimees' unlawful, unreasonable, excessive and unnecessary use of force on August 19, 2013, Ronnie Ledesma Jr., never recovered from his injuries and died therefrom on August 27, 2013, while still admitted to Kern Medical Center.

Prior to his death, Ronnie Ledesma Jr., was in good physical and mental condition and was a loving and faithful father to claimants Adriana Ledesma; Jessica Ledesma; Ronnie Mathew Ledesma, a minor; and Marissa Ledesma, a minor; his children.

Prior to his death, Ronnie Ledesma, Jr., was in good physical and mental condition and was a loving and faithful son to claimant Carolina Herrera, his mother.

Claimants were and are decedent's heirs-at-law, and as a result of claimees' unlawful, unreasonable, excessive and unnecessary use of force, have lost the comfort, companionship, society, love, affection, and support of their father and son, decedent Ronnie Ledesma, Jr., and all other allowed damages for the wrongful death of their father and son, as proven and allowable under California law, including funeral and burial expense.

Said claimants' damages are in excess of $10,000 each as set forth in claimants' claim forms, and within the jurisdiction of the Superior Court of Kern County.

## VIOLATION OF UNRUH CIVIL RIGHTS ACT

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, decedent Ronnie Ledesma Jr., was afforded the full and complete protection of the laws of the State of California, including the protection afforded by the Unruh Civil Rights Act embodied in California Civil Code section 51.7.

Specifically, decedent had the right to be free from any violence, intimidation by threat of violence, committed against his person or property because of his race, color, religion, ancestry, national origin and political affiliation.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his State Civil Rights as embodied in Civil Code section 51.7.

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# PROOF OF SERVICE

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA  93301

/x / (BY MAIL) I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices.  I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/ /(BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//(BY FACSIMILE) I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

/ / (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 10, 2014, at Santa Maria, California.

Diana Ruiz

LAW OFFICES OF

# ESTÉBAN L. VALENZUELA & ASSOCIATES

FILE KERN CO. CLERK OF
BOARD OF SUPERVISORS

BY_____ DEPUTY

204 North Vine Street
Post Office Box 1718
Santa Maria, California 93456-1718
Telephone: (805) 922-6674
Facsimile: (805)347-7388

BAN L. VALENZUELA*
HIA L. VALENZUELA

OAKLAND
FRESNO
BAKERSFIELD

ber D.C. Bar

*Via Certified Mail – Return Receipt Requested*

TO:    Clerk of the Board
       County of Kern
       1115 Truxtun Avenue, 5th Floor
       Bakersfield, CA  93301


DATE:      February 10, 2013

SUBJECT:   Adriana Ledesma, Jessica Ledesma, Ronnie Matthew Ledesma, Marissa
           Ledesma and Christina Herrera, Claimants
           Date of Loss : August 19, 2013

ATTENTION:  Clerk of the Board

ENCLOSED
PLEASE FIND:   Original and two copies each of the Claim against County of Kern on
               behalf of Adriana Ledesma, Jessica Ledesma, Ronnie Matthew Ledesma,
               Marissa Ledesma and Christina Herrera


_____  For your Information          _____  Please record

_____  In accordance with your       _____  For your files.
          request.

XX\_\_\_  File with Board.               _____  Check #34858 in the amount
                                                of $_____.

XX\_\_\_  Return conformed copy in        _____  Please call for an
          envelope provided.                    appointment.  (805) 922-6674


Other:_____
_____
_____

$1.82 0
US POSTAGE
FIRST-CLASS
FROM 93454
FEB 10 2014
stamps.com

$0.84 0
US POSTAGE
FIRST-CLASS
062S0006280772
93454

ESTEBAN L. VALENZUELA & ASSOCIATES
204 N VINE STREET
P.O. BOX 1718
SANTA MARIA CA 93456-1718

# PRIORITY
★ M    IL ★



**Sender:**

9402 6118 9956 0257 1724 68

CERTIFIED MAIL

stamps.com

📅 DATE    ELIVERY SPECIFIED*

📶 USPS    KING™ INCLUDED*

💲 INSU    INCLUDED*

🚚 PICK    ILABLE

★ Dom

*Patent 5,575,377*
*5,697,640 * 5,946,979*
*1-UP Laser Form*
*USA CMF-194 06/12*

WHEN USED IN    TIONALLY,
A CUSTOMS    RATION
LABEL MAY BE REQUIRED.

FROM:



$11.05⁰
US POSTAGE
PRIORITY
COMBASPRICE
FROM 93454
FEB 10 2014
**stamps.com**

CLERK OF THE BOARD
COUNTY OF KERN
1115 TRUXTUN AVE Rm 505
BAKERSFIELD CA 93301-4630

This envelope is made from post-co... ...mer waste. Please recycle – again.

# EXHIBIT B

*Adriana Ledesma, et al. v County of Kern, et al.*
United States District Court Case No. 1:14-CV-01634 DAD JLT

**EXHIBIT "B"**

FEB 11 PM 2: 23

FILE KERN CO. CLERK OF
THE BD. OF SUPERVISORS
BY_____ DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
### (Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5ᵗʰ Floor, Bakersfield, California 93301. If it is a claim for <u>death</u>, <u>injury to person</u>, <u>injury to personal property</u> or <u>injury to growing crops</u>, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1.    State the name and mailing address of claimant:
      Christina Herrera, 410 Jefferson Street, Bakersfield, CA 93305

2.    State the mailing address to which claimant desires notices from the County to be sent:
      Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3.    State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

      Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma, Jr., claimant's son - see Attachment A

      Code No _____
      BY ORDER OF THE BD/SUPV
      Referred To _____
      *County Counsel*
                    *(21 pages)*
      Copies Furnished
            *Risk mgt.*
      Filed by BD Supv  *2-11-14*
            KATHLEEN KRAUSE
      Clerk of the Board of Supervisors
      By_____ *J. Cody*

4.    Provide a general description of the injury, damage or loss incurred so far as it may be known:
      Wrongful death, emotional damages, loss of economic support, funeral and burial expense

1

5.  Provide the name or names of the public employee or employees causing the injury, damage or loss, if known:

Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members or employees of the Kern County Sherrif Department identities presently unknown.

6.  Regarding the amount claimed (including estimated amount of any prospective injury, damage or loss known as of the time the claim is filed):

If less than ten thousand dollars ($10,000), state the amount: $_____.

If more than ten thousand dollars, would the claim be a limited civil case (less than $25,000)?  (Circle one)

Yes           (No)

7.  Please state any additional information which may be helpful in considering this claim:

A suit for damages for civil rights violations will be filed in the United States District Court, Eastern District of California.

Claimant must date and sign below.

8.  Signed this _____4_____ day of __Feb__, 20 14 .

_CLAIMANT'S SIGNATURE_

## WARNING!  IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM (Penal Code §72)

(3/03)
Doc #126393

# ATTACHMENT A

CIRCUMSTANCES OF THE EVENTS GIVING RISE TO THE CLAIM

## WRONGFUL DEATH

On August 19, 2013, Ronnie Ledesma, Jr., was at or near the parking lot area of the Walgreens Drug Store located at or near 2928 Mt. Vernon Avenue, Bakersfield, California.  On that date, at or about 8:30 p.m., claimee Kern County Sheriff Deputy Warren Martin, under color of law and within the course and scope of his employment, initiated an encounter with Ronnie Ledesma, Jr., and without provocation or reasonable fear for his physical safety began repeatedly striking Ronnie Ledesma with his baton.  Within minutes claimee Martin was joined by claimees Kern County Sheriff Deputies Karena de la Garza, Dwayne Perkins, James Melton, Christopher Wong and other members of the Kern County Sheriff, each of whom also under color of law and within the course and scope of their employment with claimee Kern County Sheriff, began repeatedly striking Ronnie Ledesma, Jr., striking his head, torso and extremities with batons.  Said claimees also included a K-9 unit, which canine viciously attacked Ronnie Ledesma, Jr., repeatedly biting him on both legs.  Said claimees' actions against Ronnie Ledesma Jr., were without probable cause or reasonable belief or fear for their physical safety or lives; in continuing to repeatedly strike Ronnie Ledesma Jr's head, torso and extremities, claimees exercised and used excessive and unnecessary force, inflicting physical injuries to Ronnie Ledesma Jr., severe enough to require immediate treatment and admittance to Kern Medical Center.

As a proximate result of claimees' unlawful, unreasonable, excessive and unnecessary use of force on August 19, 2013, Ronnie Ledesma Jr., never recovered from his injuries and died therefrom on August 27, 2013, while still admitted to Kern Medical Center.

Prior to his death, Ronnie Ledesma Jr., was in good physical and mental condition and was a loving and faithful father to claimants Adriana Ledesma; Jessica Ledesma; Ronnie Mathew Ledesma, a minor; and Marissa Ledesma, a minor; his children.

Prior to his death, Ronnie Ledesma, Jr., was in good physical and mental condition and was a loving and faithful son to claimant Carolina Herrera, his mother.

Claimants were and are decedent's heirs-at-law, and as a result of claimees' unlawful, unreasonable, excessive and unnecessary use of force, have lost the comfort, companionship, society, love, affection, and support of their father and son, decedent Ronnie Ledesma, Jr., and all other allowed damages for the wrongful death of their father and son, as proven and allowable under California law, including funeral and burial expense.

Said claimants' damages are in excess of $10,000 each as set forth in claimants' claim forms, and within the jurisdiction of the Superior Court of Kern County.

## VIOLATION OF UNRUH CIVIL RIGHTS ACT

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, decedent Ronnie Ledesma Jr., was afforded the full and complete protection of the laws of the State of California, including the protection afforded by the Unruh Civil Rights Act embodied in California Civil Code section 51.7.

Specifically, decedent had the right to be free from any violence, intimidation by threat of violence, committed against his person or property because of his race, color, religion, ancestry, national origin and political affiliation.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his State Civil Rights as embodied in Civil Code section 51.7.

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# **PROOF OF SERVICE**

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA  93301


/x / (**BY MAIL**) I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices.  I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/ /(**BY PERSONAL SERVICE**) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//(**BY FACSIMILE**) I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

/ / (**BY OVERNIGHT DELIVERY**) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 10, 2014, at Santa Maria, California.


Diana Ruiz

FILE KERN CO. CLERK OF
THE BD. OF SUPERVISORS
BY _____ DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
(Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5th Floor, Bakersfield, California 93301. If it is a claim for <u>death</u>, <u>injury to person</u>, <u>injury to personal property</u> or <u>injury to growing crops</u>, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1.    State the name and mailing address of claimant:

Christina Herrera, 410 Jefferson Street, Bakersfield, CA 93305

2.    State the mailing address to which claimant desires notices from the County to be sent:

Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3.    State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma, Jr., claimant's son - see Attachment A

4.    Provide a general description of the injury, damage or loss incurred so far as it may be known:

Wrongful death, emotional damages, loss of economic support, funeral and burial expense

|

5.  Provide the name or names of the public employee or employees causing the injury, damage or loss, if known:

Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members or employees of the Kern County Sherrif Department identities presently unknown.

6.  Regarding the amount claimed (including estimated amount of any prospective injury, damage or loss known as of the time the claim is filed):

If less than ten thousand dollars ($10,000), state the amount: $_____.

If more than ten thousand dollars, would the claim be a limited civil case (less than $25,000)?  (Circle one)

Yes                    (No)

7.  Please state any additional information which may be helpful in considering this claim:

A suit for damages for civil rights violations will be filed in the United States District Court, Eastern District of California.

Claimant must date and sign below.

8.  Signed this _____4_____ day of __Feb__, 20 14 .

_____
CLAIMANT'S SIGNATURE

# WARNING!  IT IS A CRIMINAL OFFENSE
# TO FILE A FALSE CLAIM (Penal Code §72)

(3/03)
Doc #126393

2

## ATTACHMENT A

CIRCUMSTANCES OF THE EVENTS GIVING RISE TO THE CLAIM

### WRONGFUL DEATH

On August 19, 2013, Ronnie Ledesma, Jr., was at or near the parking lot area of the Walgreens Drug Store located at or near 2928 Mt. Vernon Avenue, Bakersfield, California.  On that date, at or about 8:30 p.m., claimee Kern County Sheriff Deputy Warren Martin, under color of law and within the course and scope of his employment, initiated an encounter with Ronnie Ledesma, Jr., and without provocation or reasonable fear for his physical safety began repeatedly striking Ronnie Ledesma with his baton.  Within minutes claimee Martin was joined by claimees Kern County Sheriff Deputies Karena de la Garza, Dwayne Perkins, James Melton, Christopher Wong and other members of the Kern County Sheriff, each of whom also under color of law and within the course and scope of their employment with claimee Kern County Sheriff, began repeatedly striking Ronnie Ledesma, Jr., striking his head, torso and extremities with batons.  Said claimees also included a K-9 unit, which canine viciously attacked Ronnie Ledesma, Jr., repeatedly biting him on both legs.  Said claimees' actions against Ronnie Ledesma Jr., were without probable cause or reasonable belief or fear for their physical safety or lives; in continuing to repeatedly strike Ronnie Ledesma Jr's head, torso and extremities, claimees exercised and used excessive and unnecessary force, inflicting physical injuries to Ronnie Ledesma Jr., severe enough to require immediate treatment and admittance to Kern Medical Center.

As a proximate result of claimees' unlawful, unreasonable, excessive and unnecessary use of force on August 19, 2013, Ronnie Ledesma Jr., never recovered from his injuries and died therefrom on August 27, 2013, while still admitted to Kern Medical Center.

Prior to his death, Ronnie Ledesma Jr., was in good physical and mental condition and was a loving and faithful father to claimants Adriana Ledesma; Jessica Ledesma; Ronnie Mathew Ledesma, a minor; and Marissa Ledesma, a minor; his children.

Prior to his death, Ronnie Ledesma, Jr., was in good physical and mental condition and was a loving and faithful son to claimant Carolina Herrera, his mother.

Claimants were and are decedent's heirs-at-law, and as a result of claimees' unlawful, unreasonable, excessive and unnecessary use of force, have lost the comfort, companionship, society, love, affection, and support of their father and son, decedent Ronnie Ledesma, Jr., and all other allowed damages for the wrongful death of their father and son, as proven and allowable under California law, including funeral and burial expense.

Said claimants' damages are in excess of $10,000 each as set forth in claimants' claim forms, and within the jurisdiction of the Superior Court of Kern County.

## VIOLATION OF UNRUH CIVIL RIGHTS ACT

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, decedent Ronnie Ledesma Jr., was afforded the full and complete protection of the laws of the State of California, including the protection afforded by the Unruh Civil Rights Act embodied in California Civil Code section 51.7.

Specifically, decedent had the right to be free from any violence, intimidation by threat of violence, committed against his person or property because of his race, color, religion, ancestry, national origin and political affiliation.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his State Civil Rights as embodied in Civil Code section 51.7.

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# PROOF OF SERVICE

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA 93301

/x / (**BY MAIL**) I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices. I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/ /(**BY PERSONAL SERVICE**) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//(**BY FACSIMILE**) I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

/ / (**BY OVERNIGHT DELIVERY**) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 10, 2014, at Santa Maria, California.

Diana Ruiz

FILE KERN L.S. CLERK OF
THE BD. OF SUPERVISORS

BY_____ DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
(Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5th Floor, Bakersfield, California 93301. If it is a claim for death, injury to person, injury to personal property or injury to growing crops, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1.  State the name and mailing address of claimant:

    Christina Herrera, 410 Jefferson Street, Bakersfield, CA 93305

2.  State the mailing address to which claimant desires notices from the County to be sent:

    Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3.  State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

    Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma, Jr.,
    claimant's son - see Attachment A

4.  Provide a general description of the injury, damage or loss incurred so far as it may be known:

    Wrongful death, emotional damages, loss of economic support, funeral and burial expense

1

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# PROOF OF SERVICE

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA 93301


/x / (BY MAIL) I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices. I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/ /(BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//(BY FACSIMILE) I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

// (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 10, 2014, at Santa Maria, California.

Diana Ruiz

LAW OFFICES OF

# ESTÉBAN L. VALENZUELA & ASSOCIATES

FILE KERN CO. CLERK OF
BOARD OF SUPERVISORS

FEB 11   PM 2: 20

BY _____ DEPUTY

*204 North Vine Street*
*Post Office Box 1718*
*Santa Maria, California 93456-1718*
*Telephone: (805) 922-6674*
*Facsimile: (805)347-7388*

ESTÉBAN L. VALENZUELA*
YNTHIA L. VALENZUELA

Member D.C. Bar

OAKLAND
FRESNO
BAKERSFIELD

*Via Certified Mail – Return Receipt Requested*

| | |
|---|---|
| TO: | Clerk of the Board<br>County of Kern<br>1115 Truxtun Avenue, 5th Floor<br>Bakersfield, CA  93301 |
| DATE: | February 10, 2013 |
| SUBJECT: | Adriana Ledesma, Jessica Ledesma, Ronnie Matthew Ledesma, Marissa Ledesma and Christina Herrera, Claimants<br>Date of Loss : August 19, 2013 |
| ATTENTION: | Clerk of the Board |
| ENCLOSED<br>PLEASE FIND: | Original and two copies each of the Claim against County of Kern on behalf of Adriana Ledesma, Jessica Ledesma, Ronnie Matthew Ledesma, Marissa Ledesma and Christina Herrera |

| | | | |
|---|---|---|---|
| _____ | For your Information | _____ | Please record |
| _____ | In accordance with your request. | _____ | For your files. |
| XX | File with Board. | _____ | Check #34858 in the amount of $_____. |
| XX | Return conformed copy in envelope provided. | _____ | Please call for an appointment.  (805) 922-6674 |

Other:_____

_____

_____

$1.82 0
US POSTAGE
FIRST-CLASS
FROM 93454
FEB 10 2014
stamps
.com

$0.84 0
US POSTAGE
FIRST-CLASS
062S0006280772
93454

ESTEBAN L. VALENZUELA & ASSOCIATES
204 N VINE STREET
P.O. BOX 1718
SANTA MARIA CA 93456-1718

# PRIORITY®
## ★ M IL ★

Sender:

FROM:

DATE ...LIVERY SPECIFIED*

USPS ...KING™ INCLUDED*

INSU... INCLUDED*

PICKU... ILABLE

* Dom




89

WHEN USED I... TIONALLY,
A CUSTOMS ...RATION
LABEL MAY BE REQUIRED.



$11.05⁰
US POSTAGE
·PRIORITY
COMBASPRICE
FROM 93454
FEB 10 2014
stamps.com

CLERK OF THE BOARD
COUNTY OF KERN
1115 TRUXTUN AVE Rm 505
BAKERSFIELD CA 93301-4630

This envelope is made from post-cons... ...er waste. Please recycle - again.

# EXHIBIT C

---

*Adriana Ledesma, et al. v County of Kern, et al.*
United States District Court Case No. 1:14-CV-01634 DAD JLT

**EXHIBIT "C"**

FILE KERN CO. CLERK OF
THE BD. OF SUPERVISORS
BY_____ DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
## (Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5th Floor, Bakersfield, California 93301. If it is a claim for death, injury to person, injury to personal property or injury to growing crops, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1.   State the name and mailing address of claimant:

Jessica Ledesma, 5809 Nogale Avenue, Apt B, Bakersfield, CA 93309

2.   State the mailing address to which claimant desires notices from the County to be sent:

Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3.   State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma. Jr.,
claimant's father - see Attachment A

Code No_____
BY ORDER OF THE BD/SUPV
Referred To_____
County Counsel
(21 pages)

Copies Furnished_____
Risk Mgt.

Filed by BD Supv. _2-11-14_
KATHLEEN KRAUSE
Clerk of the Board of Supervisors
By_____ J. Cody

4.   Provide a general description of the injury, damage or loss incurred so far as it may be known:

Wrongful death, emotional damages, loss of economic support, funeral and burial expense

5.  Provide the name or names of the public employee or employees causing the injury, damage or loss, if known:

Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members or employees of the Kern County Sherrif Department identities presently unknown.

6.  Regarding the amount claimed (including estimated amount of any prospective injury, damage or loss known as of the time the claim is filed):

If less than ten thousand dollars ($10,000), state the amount: $_____.

If more than ten thousand dollars, would the claim be a limited civil case (less than $25,000)?  (Circle one)

Yes                    No

7.  Please state any additional information which may be helpful in considering this claim:

A suit for damages for civil rights violations will be filed in the United States District Court, Eastern District of California.

Claimant must date and sign below.

8.  Signed this _____*8*_____ day of _*Feb*_, 20*14*.

_Jessica Ledesma_
CLAIMANT'S SIGNATURE

## WARNING!  IT IS A CRIMINAL OFFENSE
## TO FILE A FALSE CLAIM (Penal Code §72)

(3/03)
Doc #126393

# ATTACHMENT A

CIRCUMSTANCES OF THE EVENTS GIVING RISE TO THE CLAIM

## WRONGFUL DEATH

On August 19, 2013, Ronnie Ledesma, Jr., was at or near the parking lot area of the Walgreens Drug Store located at or near 2928 Mt. Vernon Avenue, Bakersfield, California.  On that date, at or about 8:30 p.m., claimee Kern County Sheriff Deputy Warren Martin, under color of law and within the course and scope of his employment, initiated an encounter with Ronnie Ledesma, Jr., and without provocation or reasonable fear for his physical safety began repeatedly striking Ronnie Ledesma with his baton.  Within minutes claimee Martin was joined by claimees Kern County Sheriff Deputies Karena de la Garza, Dwayne Perkins, James Melton, Christopher Wong and other members of the Kern County Sheriff, each of whom also under color of law and within the course and scope of their employment with claimee Kern County Sheriff, began repeatedly striking Ronnie Ledesma, Jr., striking his head, torso and extremities with batons.  Said claimees also included a K-9 unit, which canine viciously attacked Ronnie Ledesma, Jr., repeatedly biting him on both legs.  Said claimees' actions against Ronnie Ledesma Jr., were without probable cause or reasonable belief or fear for their physical safety or lives; in continuing to repeatedly strike Ronnie Ledesma Jr's head, torso and extremities, claimees exercised and used excessive and unnecessary force, inflicting physical injuries to Ronnie Ledesma Jr., severe enough to require immediate treatment and admittance to Kern Medical Center.

As a proximate result of claimees' unlawful, unreasonable, excessive and unnecessary use of force on August 19, 2013, Ronnie Ledesma Jr., never recovered from his injuries and died therefrom on August 27, 2013, while still admitted to Kern Medical Center.

Prior to his death, Ronnie Ledesma Jr., was in good physical and mental condition and was a loving and faithful father to claimants Adriana Ledesma; Jessica Ledesma; Ronnie Mathew Ledesma, a minor; and Marissa Ledesma, a minor; his children.

Prior to his death, Ronnie Ledesma, Jr., was in good physical and mental condition and was a loving and faithful son to claimant Carolina Herrera, his mother.

Claimants were and are decedent's heirs-at-law, and as a result of claimees' unlawful, unreasonable, excessive and unnecessary use of force, have lost the comfort, companionship, society, love, affection, and support of their father and son, decedent Ronnie Ledesma, Jr., and all other allowed damages for the wrongful death of their father and son, as proven and allowable under California law, including funeral and burial expense.

Said claimants' damages are in excess of $10,000 each as set forth in claimants' claim forms, and within the jurisdiction of the Superior Court of Kern County.

## VIOLATION OF UNRUH CIVIL RIGHTS ACT

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, decedent Ronnie Ledesma Jr., was afforded the full and complete protection of the laws of the State of California, including the protection afforded by the Unruh Civil Rights Act embodied in California Civil Code section 51.7.

Specifically, decedent had the right to be free from any violence, intimidation by threat of violence, committed against his person or property because of his race, color, religion, ancestry, national origin and political affiliation.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his State Civil Rights as embodied in Civil Code section 51.7.

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# **PROOF OF SERVICE**

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA  93301

/x / **(BY MAIL)** I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices.  I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/ /**(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//**(BY FACSIMILE)** I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

/ / **(BY OVERNIGHT DELIVERY)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 10, 2014, at Santa Maria, California.

Diana Ruiz

FILE KERN CO. CLERK OF
THE BD. OF SUPERVISORS
BY_____ DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
(Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5th Floor, Bakersfield, California 93301. If it is a claim for death, injury to person, injury to personal property or injury to growing crops, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1.   State the name and mailing address of claimant:

Jessica Ledesma, 5809 Nogale Avenue, Apt B, Bakersfield, CA 93309

2.   State the mailing address to which claimant desires notices from the County to be sent:

Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3.   State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma, Jr., claimant's father - see Attachment A

4.   Provide a general description of the injury, damage or loss incurred so far as it may be known:

Wrongful death, emotional damages, loss of economic support, funeral and burial expense

I

5.   Provide the name or names of the public employee or employees causing the injury, damage or loss, if known:

Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members or employees of the Kern County Sherrif Department identies presently unknown.

6.   Regarding the amount claimed (including estimated amount of any prospective injury, damage or loss known as of the time the claim is filed):

If less than ten thousand dollars ($10,000), state the amount: $_____.

If more than ten thousand dollars, would the claim be a limited civil case (less than $25,000)? (Circle one)

Yes                    (No)

7.   Please state any additional information which may be helpful in considering this claim:

A suit for damages for civil rights violations will be filed in the United States District Court, Eastern District of California.

Claimant must date and sign below.

8.   Signed this ____8____ day of __Feb__, 20_14_.

_Jessica Ledesma_
CLAIMANT'S SIGNATURE

## WARNING!  IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM (Penal Code §72)

(3/03)
Doc #126393

2

**ATTACHMENT A**

CIRCUMSTANCES OF THE EVENTS GIVING RISE TO THE CLAIM

**WRONGFUL DEATH**

On August 19, 2013, Ronnie Ledesma, Jr., was at or near the parking lot area of the Walgreens Drug Store located at or near 2928 Mt. Vernon Avenue, Bakersfield, California.  On that date, at or about 8:30 p.m., claimee Kern County Sheriff Deputy Warren Martin, under color of law and within the course and scope of his employment, initiated an encounter with Ronnie Ledesma, Jr., and without provocation or reasonable fear for his physical safety began repeatedly striking Ronnie Ledesma with his baton.  Within minutes claimee Martin was joined by claimees Kern County Sheriff Deputies Karena de la Garza, Dwayne Perkins, James Melton, Christopher Wong and other members of the Kern County Sheriff, each of whom also under color of law and within the course and scope of their employment with claimee Kern County Sheriff, began repeatedly striking Ronnie Ledesma, Jr., striking his head, torso and extremities with batons. Said claimees also included a K-9 unit, which canine viciously attacked Ronnie Ledesma, Jr., repeatedly biting him on both legs.  Said claimees' actions against Ronnie Ledesma Jr., were without probable cause or reasonable belief or fear for their physical safety or lives; in continuing to repeatedly strike Ronnie Ledesma Jr's head, torso and extremities, claimees exercised and used excessive and unnecessary force, inflicting physical injuries to Ronnie Ledesma Jr., severe enough to require immediate treatment and admittance to Kern Medical Center.

As a proximate result of claimees' unlawful, unreasonable, excessive and unnecessary use of force on August 19, 2013, Ronnie Ledesma Jr., never recovered from his injuries and died therefrom on August 27, 2013, while still admitted to Kern Medical Center.

Prior to his death, Ronnie Ledesma Jr., was in good physical and mental condition and was a loving and faithful father to claimants Adriana Ledesma; Jessica Ledesma; Ronnie Mathew Ledesma, a minor; and Marissa Ledesma, a minor; his children.

Prior to his death, Ronnie Ledesma, Jr., was in good physical and mental condition and was a loving and faithful son to claimant Carolina Herrera, his mother.

Claimants were and are decedent's heirs-at-law, and as a result of claimees' unlawful, unreasonable, excessive and unnecessary use of force, have lost the comfort, companionship, society, love, affection, and support of their father and son, decedent Ronnie Ledesma, Jr., and all other allowed damages for the wrongful death of their father and son, as proven and allowable under California law, including funeral and burial expense.

Said claimants' damages are in excess of $10,000 each as set forth in claimants' claim forms, and within the jurisdiction of the Superior Court of Kern County.

## VIOLATION OF UNRUH CIVIL RIGHTS ACT

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, decedent Ronnie Ledesma Jr., was afforded the full and complete protection of the laws of the State of California, including the protection afforded by the Unruh Civil Rights Act embodied in California Civil Code section 51.7.

Specifically, decedent had the right to be free from any violence, intimidation by threat of violence, committed against his person or property because of his race, color, religion, ancestry, national origin and political affiliation.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his State Civil Rights as embodied in Civil Code section 51.7.

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# **PROOF OF SERVICE**

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA  93301

/x / (**BY MAIL**) I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices.  I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/ /(**BY PERSONAL SERVICE**) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//(**BY FACSIMILE**) I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

/ / (**BY OVERNIGHT DELIVERY**) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 10, 2014, at Santa Maria, California.

Diana Ruiz

FILE KERN C.J. CLERK OF
THE BD. OF SUPERVISORS
BY_____ DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
(Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5th Floor, Bakersfield, California 93301. If it is a claim for death, injury to person, injury to personal property or injury to growing crops, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1.   State the name and mailing address of claimant:

Jessica Ledesma, 5809 Nogale Avenue, Apt B, Bakersfield, CA 93309

2.   State the mailing address to which claimant desires notices from the County to be sent:

Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3.   State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma, Jr., claimant's father - see Attachment A

4.   Provide a general description of the injury, damage or loss incurred so far as it may be known:

Wrongful death, emotional damages, loss of economic support, funeral and burial expense

5.  Provide the name or names of the public employee or employees causing the injury, damage or loss, if known:

Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members or employees of the Kern County Sherrif Department identities presently unknown.

6.  Regarding the amount claimed (including estimated amount of any prospective injury, damage or loss known as of the time the claim is filed):

If less than ten thousand dollars ($10,000), state the amount: $_____.

If more than ten thousand dollars, would the claim be a limited civil case (less than $25,000)?  (Circle one)

Yes        (No)

7.  Please state any additional information which may be helpful in considering this claim:

A suit for damages for civil rights violations will be filed in the United States District Court, Eastern District of California.

Claimant must date and sign below.

8.  Signed this ____8____ day of __Feb__, 20_14_.

_Jessica Ledesma_
CLAIMANT'S SIGNATURE

## WARNING!  IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM (Penal Code §72)

(3/03)
Doc #126393

2

**ATTACHMENT A**

CIRCUMSTANCES OF THE EVENTS GIVING RISE TO THE CLAIM

**WRONGFUL DEATH**

On August 19, 2013, Ronnie Ledesma, Jr., was at or near the parking lot area of the Walgreens Drug Store located at or near 2928 Mt. Vernon Avenue, Bakersfield, California.  On that date, at or about 8:30 p.m., claimee Kern County Sheriff Deputy Warren Martin, under color of law and within the course and scope of his employment, initiated an encounter with Ronnie Ledesma, Jr., and without provocation or reasonable fear for his physical safety began repeatedly striking Ronnie Ledesma with his baton.  Within minutes claimee Martin was joined by claimees Kern County Sheriff Deputies Karena de la Garza, Dwayne Perkins, James Melton, Christopher Wong and other members of the Kern County Sheriff, each of whom also under color of law and within the course and scope of their employment with claimee Kern County Sheriff, began repeatedly striking Ronnie Ledesma, Jr., striking his head, torso and extremities with batons. Said claimees also included a K-9 unit, which canine viciously attacked Ronnie Ledesma, Jr., repeatedly biting him on both legs.  Said claimees' actions against Ronnie Ledesma Jr., were without probable cause or reasonable belief or fear for their physical safety or lives; in continuing to repeatedly strike Ronnie Ledesma Jr's head, torso and extremities, claimees exercised and used excessive and unnecessary force, inflicting physical injuries to Ronnie Ledesma Jr., severe enough to require immediate treatment and admittance to Kern Medical Center.

As a proximate result of claimees' unlawful, unreasonable, excessive and unnecessary use of force on August 19, 2013, Ronnie Ledesma Jr., never recovered from his injuries and died therefrom on August 27, 2013, while still admitted to Kern Medical Center.

Prior to his death, Ronnie Ledesma Jr., was in good physical and mental condition and was a loving and faithful father to claimants Adriana Ledesma; Jessica Ledesma; Ronnie Mathew Ledesma, a minor; and Marissa Ledesma, a minor; his children.

Prior to his death, Ronnie Ledesma, Jr., was in good physical and mental condition and was a loving and faithful son to claimant Carolina Herrera, his mother.

Claimants were and are decedent's heirs-at-law, and as a result of claimees' unlawful, unreasonable, excessive and unnecessary use of force, have lost the comfort, companionship, society, love, affection, and support of their father and son, decedent Ronnie Ledesma, Jr., and all other allowed damages for the wrongful death of their father and son, as proven and allowable under California law, including funeral and burial expense.

Said claimants' damages are in excess of $10,000 each as set forth in claimants' claim forms, and within the jurisdiction of the Superior Court of Kern County.

## VIOLATION OF UNRUH CIVIL RIGHTS ACT

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, decedent Ronnie Ledesma Jr., was afforded the full and complete protection of the laws of the State of California, including the protection afforded by the Unruh Civil Rights Act embodied in California Civil Code section 51.7.

Specifically, decedent had the right to be free from any violence, intimidation by threat of violence, committed against his person or property because of his race, color, religion, ancestry, national origin and political affiliation.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his State Civil Rights as embodied in Civil Code section 51.7.

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# PROOF OF SERVICE

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA  93301


/x / (BY MAIL) I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices. I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/  /(BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//(BY FACSIMILE) I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

/ / (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 10, 2014, at Santa Maria, California.

Diana Ruiz

*LAW OFFICES OF*

# ESTÉBAN L. VALENZUELA & ASSOCIATES

FILE KERN CO. CLERK OF BOARD OF SUPERVISORS

BY_____ DEPUTY

*204 North Vine Street*
*Post Office Box 1718*
*Santa Maria, California 93456-1718*
*Telephone: (805) 922-6674*
*Facsimile: (805)347-7388*

ESTÉBAN L. VALENZUELA*
CYNTHIA L. VALENZUELA

*Member D.C. Bar

OAKLAND
FRESNO
BAKERSFIELD

*Via Certified Mail – Return Receipt Requested*

| | |
|---|---|
| TO: | Clerk of the Board<br>County of Kern<br>1115 Truxtun Avenue, 5th Floor<br>Bakersfield, CA  93301 |
| DATE: | February 10, 2013 |
| SUBJECT: | Adriana Ledesma, Jessica Ledesma, Ronnie Matthew Ledesma, Marissa Ledesma and Christina Herrera, Claimants<br>Date of Loss : August 19, 2013 |
| ATTENTION: | Clerk of the Board |
| ENCLOSED<br>PLEASE FIND: | Original and two copies each of the Claim against County of Kern on behalf of Adriana Ledesma, Jessica Ledesma, Ronnie Matthew Ledesma, Marissa Ledesma and Christina Herrera |

_____ For your Information

_____ Please record

_____ In accordance with your request.

_____ For your files.

__XX__ File with Board.

_____ Check #34858 in the amount of $_____.

__XX__ Return conformed copy in envelope provided.

_____ Please call for an appointment. (805) 922-6674

Other:_____

$1.82 0
US POSTAGE
FIRST-CLASS
FROM 93454
FEB 10 2014
stamps.com

$0.84 0
US POSTAGE
FIRST-CLASS
062S0006280772
93454

ıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıl

ESTEBAN L. VALENZUELA & ASSOCIATES
204 N VINE STREET
P.O. BOX 1718
SANTA MARIA CA 93456-1718



# PRIORITY®

Sender:

## ★ M  IL ★

CERTIFIED MAIL

9402 6118 9956 0257 1724 68

📅 DATE  ELIVERY SPECIFIED*

📶 USPS  KING™ INCLUDED*

$ INSU  INCLUDED*

🚚 PICK  ILABLE

* Dom

stamps.com

*Patent 5,573,277*
*5,697,644 5,566,989*
*1/2 Laser Forms*
*USA CMP-134 06/12*

WHEN USED IN  IONALLY,
A CUSTOMS  RATION
LABEL MAY BE REQUIRED.

89

This envelope is made from post-consu... or waste. Please recycle – again.

FROM:

$11.05⁰
US POSTAGE
PRIORITY
COMBASPRICE
FROM 93454
FEB 10 2014

stamps.com



CLERK OF THE BOARD
COUNTY OF KERN
1115 TRUXTUN AVE Rm 505
BAKERSFIELD CA 93301-4630

# EXHIBIT D

*Adriana Ledesma, et al. v County of Kern, et al.*
United States District Court Case No. 1:14-CV-01634 DAD JLT

**EXHIBIT "D"**

14 FEB 11 PM 2: 22

FILE KERN CO. CLERK OF
THE BD. OF SUPERVISORS

BY_____ DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
### (Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5th Floor, Bakersfield, California 93301. If it is a claim for <u>death</u>, <u>injury to person</u>, <u>injury to personal property</u> or <u>injury to growing crops</u>, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1. State the name and mailing address of claimant:

   Marissa Ledesma, a minor, by her Guardian ad Litem Raquel Sierra,
   9522 Battaglia Drive, Bakersfield, CA 93311

2. State the mailing address to which claimant desires notices from the County to be sent:

   Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3. State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

   Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma, Jr.,
   claimant's father - see Attachment A

   Code No _____
   BY ORDER OF THE BD/SUPV
   Referred To _____
   *County Counsel*
   *(21 pages)*

   Copies Furnished
   *Risk Mgt.*

   Filed by BD Supv __2-11-14__
   KATHLEEN KRAUSE
   Clerk of the Board of Supervisors
   By ___J. Cody___

4. Provide a general description of the injury, damage or loss incurred so far as it may be known:

   Wrongful death, emotional damages, loss of economic support, funeral and burial expense

I

5. Provide the name or names of the public employee or employees causing the injury, damage or loss, if known:

Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members or employees of the Kern County Sherrif Department identities presently unknown.

6. Regarding the amount claimed (including estimated amount of any prospective injury, damage or loss known as of the time the claim is filed):

If less than ten thousand dollars ($10,000), state the amount: $_____.

If more than ten thousand dollars, would the claim be a limited civil case (less than $25,000)?  (Circle one)

Yes                    (No)

7. Please state any additional information which may be helpful in considering this claim:

A suit for damages for civil rights violations will be filed in the United States District Court, Eastern District of California.

Claimant must date and sign below.

8. Signed this _____8_____ day of __Feb__, 20 14.

_____
CLAIMANT'S SIGNATURE

## WARNING!  IT IS A CRIMINAL OFFENSE
## TO FILE A FALSE CLAIM (Penal Code §72)

(3/03)
Doc #126393

# ATTACHMENT A

## CIRCUMSTANCES OF THE EVENTS GIVING RISE TO THE CLAIM

### WRONGFUL DEATH

On August 19, 2013, Ronnie Ledesma, Jr., was at or near the parking lot area of the Walgreens Drug Store located at or near 2928 Mt. Vernon Avenue, Bakersfield, California.  On that date, at or about 8:30 p.m., claimee Kern County Sheriff Deputy Warren Martin, under color of law and within the course and scope of his employment, initiated an encounter with Ronnie Ledesma, Jr., and without provocation or reasonable fear for his physical safety began repeatedly striking Ronnie Ledesma with his baton.  Within minutes claimee Martin was joined by claimees Kern County Sheriff Deputies Karena de la Garza, Dwayne Perkins, James Melton, Christopher Wong and other members of the Kern County Sheriff, each of whom also under color of law and within the course and scope of their employment with claimee Kern County Sheriff, began repeatedly striking Ronnie Ledesma, Jr., striking his head, torso and extremities with batons.  Said claimees also included a K-9 unit, which canine viciously attacked Ronnie Ledesma, Jr., repeatedly biting him on both legs.  Said claimees' actions against Ronnie Ledesma Jr., were without probable cause or reasonable belief or fear for their physical safety or lives; in continuing to repeatedly strike Ronnie Ledesma Jr's head, torso and extremities, claimees exercised and used excessive and unnecessary force, inflicting physical injuries to Ronnie Ledesma Jr., severe enough to require immediate treatment and admittance to Kern Medical Center.

As a proximate result of claimees' unlawful, unreasonable, excessive and unnecessary use of force on August 19, 2013, Ronnie Ledesma Jr., never recovered from his injuries and died therefrom on August 27, 2013, while still admitted to Kern Medical Center.

Prior to his death, Ronnie Ledesma Jr., was in good physical and mental condition and was a loving and faithful father to claimants Adriana Ledesma; Jessica Ledesma; Ronnie Mathew Ledesma, a minor; and Marissa Ledesma, a minor; his children.

Prior to his death, Ronnie Ledesma, Jr., was in good physical and mental condition and was a loving and faithful son to claimant Carolina Herrera, his mother.

Claimants were and are decedent's heirs-at-law, and as a result of claimees' unlawful, unreasonable, excessive and unnecessary use of force, have lost the comfort, companionship, society, love, affection, and support of their father and son, decedent Ronnie Ledesma, Jr., and all other allowed damages for the wrongful death of their father and son, as proven and allowable under California law, including funeral and burial expense.

Said claimants' damages are in excess of $10,000 each as set forth in claimants' claim forms, and within the jurisdiction of the Superior Court of Kern County.

## VIOLATION OF UNRUH CIVIL RIGHTS ACT

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, decedent Ronnie Ledesma Jr., was afforded the full and complete protection of the laws of the State of California, including the protection afforded by the Unruh Civil Rights Act embodied in California Civil Code section 51.7.

Specifically, decedent had the right to be free from any violence, intimidation by threat of violence, committed against his person or property because of his race, color, religion, ancestry, national origin and political affiliation.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his State Civil Rights as embodied in Civil Code section 51.7.

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# **PROOF OF SERVICE**

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA  93301

/x / **(BY MAIL)** I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices.  I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/ /**(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//**(BY FACSIMILE)** I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

/ / **(BY OVERNIGHT DELIVERY)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 10, 2014, at Santa Maria, California.

Diana Ruiz

I4 FEB II  PM 2:22

FILE KERN CU CLERK OF
THE BD. OF SUPERVISORS
BY_____DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
(Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5th Floor, Bakersfield, California 93301. If it is a claim for death, injury to person, injury to personal property or injury to growing crops, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1.  State the name and mailing address of claimant:

    Marissa Ledesma, a minor, by her Guardian ad Litem Raquel Sierra,
    9522 Battaglia Drive, Bakersfield, CA 93311

2.  State the mailing address to which claimant desires notices from the County to be sent:

    Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3.  State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

    Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma, Jr.,
    claimant's father - see Attachment A

4.  Provide a general description of the injury, damage or loss incurred so far as it may be known:

    Wrongful death, emotional damages, loss of economic support, funeral and burial expense

5.  Provide the name or names of the public employee or employees causing the injury, damage or loss, if known:

Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members or employees of the Kern County Sherrif Department identities presently unknown.

6.  Regarding the amount claimed (including estimated amount of any prospective injury, damage or loss known as of the time the claim is filed):

If less than ten thousand dollars ($10,000), state the amount: $_____,

If more than ten thousand dollars, would the claim be a limited civil case (less than $25,000)?  (Circle one)

Yes                    (No)

7.  Please state any additional information which may be helpful in considering this claim:

A suit for damages for civil rights violations will be filed in the United States District Court, Eastern District of California.

Claimant must date and sign below.

8.  Signed this _____4_____ day of ___Feb___ , 20 14 .

_____
CLAIMANT'S SIGNATURE

## WARNING!  IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM (Penal Code §72)

(3/03)
Doc #126393

2

**ATTACHMENT A**

CIRCUMSTANCES OF THE EVENTS GIVING RISE TO THE CLAIM

**WRONGFUL DEATH**

On August 19, 2013, Ronnie Ledesma, Jr., was at or near the parking lot area of the Walgreens Drug Store located at or near 2928 Mt. Vernon Avenue, Bakersfield, California. On that date, at or about 8:30 p.m., claimee Kern County Sheriff Deputy Warren Martin, under color of law and within the course and scope of his employment, initiated an encounter with Ronnie Ledesma, Jr., and without provocation or reasonable fear for his physical safety began repeatedly striking Ronnie Ledesma with his baton. Within minutes claimee Martin was joined by claimees Kern County Sheriff Deputies Karena de la Garza, Dwayne Perkins, James Melton, Christopher Wong and other members of the Kern County Sheriff, each of whom also under color of law and within the course and scope of their employment with claimee Kern County Sheriff, began repeatedly striking Ronnie Ledesma, Jr., striking his head, torso and extremities with batons. Said claimees also included a K-9 unit, which canine viciously attacked Ronnie Ledesma, Jr., repeatedly biting him on both legs. Said claimees' actions against Ronnie Ledesma Jr., were without probable cause or reasonable belief or fear for their physical safety or lives; in continuing to repeatedly strike Ronnie Ledesma Jr's head, torso and extremities, claimees exercised and used excessive and unnecessary force, inflicting physical injuries to Ronnie Ledesma Jr., severe enough to require immediate treatment and admittance to Kern Medical Center.

As a proximate result of claimees' unlawful, unreasonable, excessive and unnecessary use of force on August 19, 2013, Ronnie Ledesma Jr., never recovered from his injuries and died therefrom on August 27, 2013, while still admitted to Kern Medical Center.

Prior to his death, Ronnie Ledesma Jr., was in good physical and mental condition and was a loving and faithful father to claimants Adriana Ledesma; Jessica Ledesma; Ronnie Mathew Ledesma, a minor; and Marissa Ledesma, a minor; his children.

Prior to his death, Ronnie Ledesma, Jr., was in good physical and mental condition and was a loving and faithful son to claimant Carolina Herrera, his mother.

Claimants were and are decedent's heirs-at-law, and as a result of claimees' unlawful, unreasonable, excessive and unnecessary use of force, have lost the comfort, companionship, society, love, affection, and support of their father and son, decedent Ronnie Ledesma, Jr., and all other allowed damages for the wrongful death of their father and son, as proven and allowable under California law, including funeral and burial expense.

Said claimants' damages are in excess of $10,000 each as set forth in claimants' claim forms, and within the jurisdiction of the Superior Court of Kern County.

## VIOLATION OF UNRUH CIVIL RIGHTS ACT

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, decedent Ronnie Ledesma Jr., was afforded the full and complete protection of the laws of the State of California, including the protection afforded by the Unruh Civil Rights Act embodied in California Civil Code section 51.7.

Specifically, decedent had the right to be free from any violence, intimidation by threat of violence, committed against his person or property because of his race, color, religion, ancestry, national origin and political affiliation.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his State Civil Rights as embodied in Civil Code section 51.7.

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# PROOF OF SERVICE

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA 93301

/x / (**BY MAIL**) I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices. I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/ /(**BY PERSONAL SERVICE**) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//(**BY FACSIMILE**) I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

// (**BY OVERNIGHT DELIVERY**) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 10, 2014, at Santa Maria, California.

Diana Ruiz

FILE KERN CO. CLERK OF
THE BD. OF SUPERVISORS
BY_____DEPUTY

# CLAIM AGAINST THE COUNTY OF KERN
(Government Code §§ 910, 910.2 & 910.4)

*This claim must be filed with the Clerk of the Board of Supervisors, 1115 Truxtun Ave., 5th Floor, Bakersfield, California 93301. If it is a claim for death, injury to person, injury to personal property or injury to growing crops, it must be filed within six months after the accident or event giving rise to the claim. If it is a claim for any other cause of action, it must be filed within one year after the event(s) giving rise to the claim. You must complete both sides and sign the claim form for the claim to be valid. Complete information must be provided. If the space provided is inadequate, please use additional paper and identify information by paragraph number.*

1. State the name and mailing address of claimant:
   Marissa Ledesma, a minor, by her Guardian ad Litem Raquel Sierra,
   9522 Battaglia Drive, Bakersfield, CA 93311

2. State the mailing address to which claimant desires notices from the County to be sent:
   Esteban L. Valenzuela & Associates, P.O. Box 1718, Santa Maria, CA 93456-1718

3. State the date, place and other circumstances of the accident or event(s) giving rise to the claim.

   Excessive use of force resulting in the wrongful death of Ronnie D. Ledesma, Jr.,
   claimant's father - see Attachment A

4. Provide a general description of the injury, damage or loss incurred so far as it may be known:
   Wrongful death, emotional damages, loss of economic support, funeral and burial expense

5.  Provide the name or names of the public employee or employees causing the injury, damage or loss, if known:

    Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members or employees of the Kern County Sherrif Department identities presently unknown.

6.  Regarding the amount claimed (including estimated amount of any prospective injury, damage or loss known as of the time the claim is filed):

    If less than ten thousand dollars ($10,000), state the amount: $ _____.

    If more than ten thousand dollars, would the claim be a limited civil case (less than $25,000)?  (Circle one)

    Yes          (No)

7.  Please state any additional information which may be helpful in considering this claim:

    A suit for damages for civil rights violations will be filed in the United States District Court, Eastern District of California.

Claimant must date and sign below.

8.  Signed this ____ 8 ____ day of __ Feb __, 20 14 .

    CLAIMANT'S SIGNATURE

## WARNING!  IT IS A CRIMINAL OFFENSE
## TO FILE A FALSE CLAIM (Penal Code §72)

(3/03)
Doc #126393

## ATTACHMENT A

CIRCUMSTANCES OF THE EVENTS GIVING RISE TO THE CLAIM

### WRONGFUL DEATH

On August 19, 2013, Ronnie Ledesma, Jr., was at or near the parking lot area of the Walgreens Drug Store located at or near 2928 Mt. Vernon Avenue, Bakersfield, California.  On that date, at or about 8:30 p.m., claimee Kern County Sheriff Deputy Warren Martin, under color of law and within the course and scope of his employment, initiated an encounter with Ronnie Ledesma, Jr., and without provocation or reasonable fear for his physical safety began repeatedly striking Ronnie Ledesma with his baton.  Within minutes claimee Martin was joined by claimees Kern County Sheriff Deputies Karena de la Garza, Dwayne Perkins, James Melton, Christopher Wong and other members of the Kern County Sheriff, each of whom also under color of law and within the course and scope of their employment with claimee Kern County Sheriff, began repeatedly striking Ronnie Ledesma, Jr., striking his head, torso and extremities with batons. Said claimees also included a K-9 unit, which canine viciously attacked Ronnie Ledesma, Jr., repeatedly biting him on both legs.  Said claimees' actions against Ronnie Ledesma Jr., were without probable cause or reasonable belief or fear for their physical safety or lives; in continuing to repeatedly strike Ronnie Ledesma Jr's head, torso and extremities, claimees exercised and used excessive and unnecessary force, inflicting physical injuries to Ronnie Ledesma Jr., severe enough to require immediate treatment and admittance to Kern Medical Center.

As a proximate result of claimees' unlawful, unreasonable, excessive and unnecessary use of force on August 19, 2013, Ronnie Ledesma Jr., never recovered from his injuries and died therefrom on August 27, 2013, while still admitted to Kern Medical Center.

Prior to his death, Ronnie Ledesma Jr., was in good physical and mental condition and was a loving and faithful father to claimants Adriana Ledesma; Jessica Ledesma; Ronnie Mathew Ledesma, a minor; and Marissa Ledesma, a minor; his children.

Prior to his death, Ronnie Ledesma, Jr., was in good physical and mental condition and was a loving and faithful son to claimant Carolina Herrera, his mother.

Claimants were and are decedent's heirs-at-law, and as a result of claimees' unlawful, unreasonable, excessive and unnecessary use of force, have lost the comfort, companionship, society, love, affection, and support of their father and son, decedent Ronnie Ledesma, Jr., and all other allowed damages for the wrongful death of their father and son, as proven and allowable under California law, including funeral and burial expense.

Said claimants' damages are in excess of $10,000 each as set forth in claimants' claim forms, and within the jurisdiction of the Superior Court of Kern County.

## VIOLATION OF UNRUH CIVIL RIGHTS ACT

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, decedent Ronnie Ledesma Jr., was afforded the full and complete protection of the laws of the State of California, including the protection afforded by the Unruh Civil Rights Act embodied in California Civil Code section 51.7.

Specifically, decedent had the right to be free from any violence, intimidation by threat of violence, committed against his person or property because of his race, color, religion, ancestry, national origin and political affiliation.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his State Civil Rights as embodied in Civil Code section 51.7.

## VIOLATION OF FEDERAL CIVIL RIGHTS

Claimants incorporate the paragraphs above, and further claim as follows:

As a resident of the State of California, and a citizen of the United States, decedent was afforded the full and complete protection of the laws of the United States, including the protection afforded by the Title 42 of the United States Code, section 1983.

On August 19, 2013, claimees, acting under color of state law, specifically violated decedent's federal constitutional rights guaranteed to him by the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

As a direct and proximate result of claimees' unlawful, unreasonable, excessive, unnecessary and deadly use of force, claimees deprived decedent of his Federal Constitutional rights including but not limited to his rights of freedom of association, freedom from unreasonable searches and seizures, freedom from cruel and unusual punishment, and rights to procedural and substantive due process all protected under the United States Constitution.

## NEGLIGENT HIRING, SUPERVISION AND RETENTION

Claimant Kern County Sheriff owed a duty to claimants and their decedent to properly investigate, hire, and retain only those deputy officers who were adequately and properly trained to protect and serve the residents of Kern County.

Claimee Kern County Sheriff breached its duty to claimants in that they negligently failed to adequately investigate the background of claimees Warren Martin; Karena de la Garza; Dwayne Perkins; James Melton; Christopher Wong; and other members, employees or agents of claimee Kern County Sheriff, and therefore negligently hired, retained, and supervised claimees.

As a direct and proximate result of claimee Kern County Sheriff's breach of its duty, claimants were damaged as alleged above.

# PROOF OF SERVICE

I, Diana Ruiz, am employed in the County of Santa Barbara, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 204 North Vine Street, Santa Maria, California 93454.

On February 10, 2014, I served the within: CLAIM AGAINST THE COUNTY OF KERN on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Clerk of the Board
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA 93301


/x / (BY MAIL) I placed each such sealed envelope with postage thereon fully prepared for first-class mail, certified, return-receipt requested, for collection and mailing at Santa Maria, California, following ordinary business practices. I am readily familiar with the practice of LAW OFFICES OF ESTEBAN L. VALENZUELA for processing of correspondence, said practice being that in the course of ordinary business, correspondence is deposited in the United States Postal Service the same day it is posted for processing.

/ /(BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

//(BY FACSIMILE) I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above between the hours of 9:00 a.m. and 5:00 p.m.

/ / (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 10, 2014, at Santa Maria, California.

Diana Ruiz

*LAW OFFICES OF*

# ESTÉBAN L. VALENZUELA & ASSOCIATES

FILE KERN CO. CLERK OF
THE BOARD OF SUPERVISORS
BY_____ DEPUTY

---

ESTÉBAN L. VALENZUELA\*
CYNTHIA L. VALENZUELA

*204 North Vine Street*
*Post Office Box 1718*
*Santa Maria, California 93456-1718*
*Telephone: (805) 922-6674*
*Facsimile: (805)347-7388*

OAKLAND
FRESNO
BAKERSFIELD

\*Member D.C. Bar

*Via Certified Mail – Return Receipt Requested*

TO:     Clerk of the Board
County of Kern
1115 Truxtun Avenue, 5th Floor
Bakersfield, CA  93301


DATE:     February 10, 2013


SUBJECT:     Adriana Ledesma, Jessica Ledesma, Ronnie Matthew Ledesma, Marissa
Ledesma and Christina Herrera, Claimants
Date of Loss : August 19, 2013


ATTENTION:     Clerk of the Board


ENCLOSED
PLEASE FIND:     Original and two copies each of the Claim against County of Kern on
behalf of Adriana Ledesma, Jessica Ledesma, Ronnie Matthew Ledesma,
Marissa Ledesma and Christina Herrera


_____   For your Information                 _____   Please record


_____   In accordance with your              _____   For your files.
request.


__XX__   File with Board.                        _____   Check #34858 in the amount
of $_____.


__XX__   Return conformed copy in               _____   Please call for an
envelope provided.                                      appointment.  (805) 922-6674


Other:_____

_____

_____

$1.82⁰
US POSTAGE
FIRST-CLASS
FROM 93454
FEB 10 2014
stamps.com

$0.84 0
US POSTAGE
FIRST-CLASS
062S0006280772
93454

ESTEBAN L. VALENZUELA & ASSOCIATES
204 N VINE STREET
P.O. BOX 1718
SANTA MARIA CA 93456-1718

# PRIORITY®
## ★ MAIL ★

Sender:




CERTIFIED MAIL
9402 6118 9956 0257 1724 68

stamps.com

 DATE <ID> DELIVERY SPECIFIED*

 USPS <TRACKING™> INCLUDED*

 INSUR <ED> INCLUDED*

 PICKU <AVA>ILABLE

* Dom



* Pmama 5,573,577*
* 5,607,043 • 5,343,909 *
* 1 UP Laser Form *
* VISA, CMF-134 06/12*

WHEN USED IN <NAT>IONALLY,
A CUSTOMS <DECLA>RATION
LABEL MAY BE REQUIRED.

FROM:

$11.05
US POSTAGE
·PRIORITY·
COMBASPRICE
FROM 93454
FEB 10 2014
stamps.com



CLERK OF THE BOARD
COUNTY OF KERN
1115 TRUXTUN AVE Rm 505
BAKERSFIELD CA 93301-4630

This envelope is made from post-cons... ...er waste. Please recycle - again.

