1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

MARK J. GERAGOS          SBN 108325
BEN J. MEISELAS          SBN 277412
Attorneys for Plaintiffs ADRIANA LEDESMA, JESSICA LEDESMA, MARISSA LEDESMA, RONNIE MATHEW LEDESMA, and CHRISTINA HERRERA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ADRIANA LEDESMA, an individual; JESSICA LEDESMA, an individual; MARISSA LEDESMA, an individual by and through her Guardian *Ad Litem* Raquel Sierra; RONNIE MATHEW LEDESMA, an individual by and through his Guardian *Ad Litem* Christina Garcia; CHRISTINA HERRERA;

               Plaintiffs,

    v.

KERN COUNTY; KERN COUNTY SHERIFF'S DEPARTMENT; WARREN MARTIN; KARENA DE LA GARZA; DWAYNE PERKINS; JAMES MELTON; CHRISTOPHER WONG; and DOES 1-200, INCLUSIVE;

               Defendants.

Case No.: 1:14-cv-01634-DAD-JLT

*The Honorable Judge Dale A. Drozd*

**DECLARATION OF ADRIANA LEDESMA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY SUMMARY ADJUDICATION ON THE ISSUES**

[*Filed concurrently with Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, Plaintiffs' Separate Statement of Disputed Facts, Declaration of Kaylee Stier in Support Thereof, and Declaration of Emmanuel Vela in Support Thereof*]

Date: September 6, 2016
Time: 9:30 a.m.
Dept.: 5

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

## DECLARATION OF ADRIANA LEDESMA

I, ADRIANA LEDESMA declare as follows:

1.     I am over the age of eighteen and have personal knowledge of the facts stated herein.  If called upon as a witness, I could and would competently testify as to the facts stated herein.   I am making this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

2.     Although my father, Ronnie Ledesma Jr., was in the hospital (Kern Medical Center) for his serious and life-threatening injuries since August 19, 2013, neither myself nor my family was notified about his location and condition by the Kern County Sherriff's Department, who I later learned were guarding him at the hospital, or any entity or related persons until August 26, 2013.

3.     On August 26, 2013, at approximately 6:00 a.m. my grandmother, CHRISTINA HERRERA, received a call from hospital staff informing her that my father was hospitalized at Kern Medical Center.

4.     My grandmother was told at that time only that my father had a stroke. My grandmother immediately called me to tell me that my father was hospitalized and had a stroke. We were told nothing about any incident involving the Sherriff's Department.

5.     I received my grandmother's message later that morning, and went to the hospital to see him immediately.

6.     When I arrived at the hospital, Sheriffs' Department Deputies were guarding my father and refused to allow me, or any family member, to see my father.

7.     Instead, I was told that I had to go to the Kern County Sheriff Jail in Downtown Bakersfield and get permission to see my father at the hospital.

8.     I went immediately to the jail and was forced to fill out page after page of paperwork while my father remained hospitalized.

9.     When I returned to the hospital, I found my father in a hospital bed, on life support.

Case 1:14-cv-01634-DAD-JLT  Document 62-5  Filed 08/23/16  Page 3 of 9

1    10.    I observed that my father had deep cuts on his leg, abrasions on his face,
2    and a large protruding wound in the form of bump on the top of his head.

3    11.    Neither the bump on the top of my father's head nor the cuts all over his
4    body were there the last time I saw him on or around August 14, 2016, or before that
5    date.

6    12.    When I asked the medical attendant where his injuries came from, she
7    told me that the Deputies had prohibited her from discussing that.

8    13.    Shortly thereafter, I took three photographs of the bump on my father's
9    head; those photographs are attached as Exhibits A, B, and C.

10    14.    Attached hereto as Exhibit A is a true and correct copy of the first
11    photograph I took of my father at the hospital showing a massive bruise on the top of
12    his head.

13    15.    Attached hereto as Exhibit B is a true and correct copy of the second
14    photograph I took of my father at the hospital showing a massive bruise on the top of
15    his head.

16    16.    Attached hereto as Exhibit C is a true and correct copy of the third
17    photograph I took of my father at the hospital showing a massive bruise on the top of
18    his head.

19

20    I declare under penalty of perjury under the laws of the United States and
21    California that the foregoing is true and correct.

22

23    Executed this 22 day of August, 2016 at Bakersfield, California.

24

25

26                                    Adriana Ledesma

27

28

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. No. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

3
DECLARATION OF ADRIANA LEDESMA

Exhibit "A"



20130826_222738.jpg

8/23/2016

https://mail.google.com/mail/u/0/#inbox/156b86727a5df7480?compose=156b6710a5630a72&projector=1

1/1

Exhibit "B"



20130826_227747.jpg

8/23/2016

https://mail.google.com/mail/u/0/#inbox/1568b8527a5df74807compose=1568b8710a5630a72&projector=1

1/1

Exhibit "C"

20130826_222751.jpg

8/23/2016

https://mail.google.com/mail/u/0/#inbox/156b89527a5df7480?compose=156b8710a5630a72&projector=1

1/1