1 **THERESA A. GOLDNER, COUNTY COUNSEL**
2 By: ANDREW C. THOMSON, DEPUTY (SBN 149057)
Kern County Administrative Center
3 1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA. 93301
4 Telephone 661-868-3800
Fax 661-868-3805
5 Attorneys for Defendants Kern County, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA LEDESMA, an individual; JESSICA LEDESMA, an individual; MARISSA LEDESMA, an individual by and through her Guardian Ad Litem Raquel Sierra; RONNIE MATHEW LEDESMA, an individual by and through his Guardian Ad Litem Christina Garcia; CHRISTINA HERRERA,<br>Plaintiffs,<br>vs.<br>KERN COUNTY, KERN COUNTY SHERIFF'S DEPARTMENT; WARREN MARTIN; KARENA DE LA GARZA; DWAYNE PERKINS; JAMES MELTON; CHRISTOPHER WONG; AND DOES 1-200, inclusive,<br>Defendants. | CASE NO. 1:14-CV-01634-DAD-JLT<br><br>STIPULATION FOR A SHORT EXTENSION OF TIME TO ALLOW DEFENDANTS TO RESPOND TO PLAINTIFFS' COURT ORDERED SETTLEMENT CONFERENCE DEMAND; ~~PROPOSED~~ ORDER<br><br>(Doc. 66) |

**COME NOW** the Parties in this matter, and present this Stipulation for a Short Extension of Time to Allow Defendants to Respond to Plaintiffs' Court Ordered Settlement Conference Demand.

Plaintiffs Adriana Ledesma, Jessica Ledesma, Marissa Ledesma by and through her Guardian Ad Litem Raquel Sierra, Ronnie Mathew Ledesma by and through his Guardian Ad Litem Christina Garcia, and Christina Herrera (hereinafter collectively "Plaintiffs") are Jointly represented by Mark Geragos, Ben Meiselas and David Gammill of Geragos & Geragos.

Stipulation for an Extension to Allow Defendants to Respond to Plaintiffs' Settlement Conference Demand
1

Defendants, County of Kern and Deputies Martin, DeLaGarza, Perkins, Wong and Melton, (hereinafter collectively "Defendants") are represented by Andrew C. Thomson, of the Office of Kern County Counsel.

Plaintiff and Defendants are hereinafter collectively referred to as the "Parties."

**IT IS HEREBY AGREED**, by and between the Parties, through their respective counsel of record, that an Order be entered allowing Defendants a seven (7) day extension of the deadline for Defendants to provide their Court ordered response to Plaintiffs Court ordered settlement demand.  The Parties proposed that Defendants will provide a response to Plaintiffs' Court ordered settlement demand on or before October 28, 2016, which is seven (7) days later than the October 21, 2016 date identified in the Scheduling Order (Document 17), and seven (7) days prior to the scheduled Settlement Conference.

1. The Parties have met and conferred regarding the requested brief extension and believe that the request is reasonable.

2. Plaintiffs' Court ordered demand letter was sent via e-mail on the evening of Friday, October 14, 2016, and was received by Defendants on the morning of October 17, 2016.

3. Defendants need to present the settlement demand to the Board of Supervisors for review, consideration and, if appropriate, settlement authority.

4. The Board of Supervisors holds meetings on most Tuesdays, including meetings scheduled for October 18th and 25th, 2016.  However, Defendants cannot present the matter to the Board on October 18, 2016 since the deadline for the Board agenda has passed and the matter does not constitute an emergency agenda item sufficient to be heard on shortened notice under the Brown Act.

5. The Parties are informed and believe that the foregoing will not adversely affect the Settlement Conference,

6. The Parties are informed and believe that a reasoned, thoughtful response will facilitate the Settlement Conference process.

7. The Parties respectfully request the Court's consideration of this request.

**THEREFORE, IT IS HEREBY STIPULATED:**

The Scheduling Conference Order shall be amended to provide that Defendants will respond to Plaintiffs' Court ordered settlement demand on or before October 28, 2016.

Dated: October 17, 2016           **GERAGOS & GERAGOS**


                                  By /s/ Ben Meiselas
                                     Ben Meiselas
                                     David Gammill
                                     Attorneys for Plaintiffs


Dated: October 18, 2016           **THERESA A. GOLDNER, COUNTY COUNSEL**



                                  By /s/ Andrew C. Thomson
                                     Andrew C. Thomson, Deputy
                                     Attorneys for Defendants


IT IS SO ORDERED.

   Dated:   **October 18, 2016**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

---