UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA LEDESMA, et al., ) | Case No.: 1:14-cv-01634 DAD JLT |
| Plaintiffs, ) | ORDER AFTER SETTLEMENT CONFERENCE |
| v. ) | |
| COUNTY OF KERN, et al., ) | |
| Defendants. ) | |

On November 17, 2016, the Court held a settlement conference in this matter. The parties were able to agree to settle the case.  Though the settlement terms must be approved by the Kern County Board of Supervisors, the defendants' attorney agreed to recommend that it do so.  Based upon the foregoing, the Court **ORDERS**:

1. As soon as possible, though targeting November 29, 2016, the settlement proposal **SHALL** be presented to the Kern County Board of Supervisors with County Counsel recommending the settlement be approved;

2. By November 23, 2016, counsel for the defendants **SHALL** provide a draft settlement agreement to plaintiffs' counsel;

3. No later than December 16, 2016, the guardians ad litem for the two minors **SHALL** file their petitions for approval of the minors' compromise;

1

4. All other dates, conferences and hearings, including the pretrial conference and the trial are **VACATED**.

IT IS SO ORDERED.

   Dated:   **November 17, 2016**                      **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE