UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA LEDESMA, et al., | Case No.: 1:14-cv-01634 DAD JLT |
| Plaintiffs, | ORDER CLOSING CASE |
| v. | (Doc. 80) |
| COUNTY OF KERN, et al., | |
| Defendants. | |

On January 6, 2017, the parties filed a stipulation to dismiss the action. (Doc. 80) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **January 10, 2017**  　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE